Megan E. Lees (SBN 277805)
mlees@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER LOBDELL PHILP, II AND DAWN MARIE PHILP,<br><br>Debtors. | Case No. 15-01149-LT7<br><br>Chapter 7<br><br>R.S. No. AP-1<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

I, Shannon Duran, declare:

1. I am over 18 years of age and am employed as a BK Specialist of Seterus, Inc. ("Seterus"). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with Seterus' books and records regarding the Loan, including Seterus' servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Seterus maintains its books and records, including computer records relating to the servicing of the Loan. Seterus' records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by

Seterus in the regular course of Seterus' business. Seterus relies on such records in the ordinary course of its business.

3. According to Seterus' books and records, the Loan is evidenced by a promissory note executed by Peter Lobdell Philp, II and Dawn Marie Philp and dated April 23, 2003, in the original principal amount of $112,772.00 (the "Note"). *See* Exhibit A.

4. Seterus' records reflect that Federal National Mortgage Association ("Fannie Mae") holds possession of the original Note. The Note is indorsed and payable in blank. *See* Exhibit A.

5. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 1012 West Rainbow Boulevard, Big Bear City, California 92314 (the "Property"). The Deed of Trust reflects that it was duly recorded. *See* Exhibit B.

6. Copies of the Note and Deed of Trust are attached as Exhibits A and B and are true and correct copies of said documents contained in Seterus' business records.

7. The Deed of Trust was assigned to Federal National Mortgage Association ("Fannie Mae"). A copy of the Assignment of Deed of Trust is attached hereto as Exhibit C.

8. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

9. As of June 8, 2015, the outstanding payments due under the Loan are as follows:

| PAYMENTS | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 5 | $848.08 | 2/1/2015 to 6/1/2015 | $4,240.40 |
| | | **Total Payments as of June 8, 2015** | **$4,240.40** |

10. An additional payment will come due on July 1, 2015, and on the 1st day of each month until the Loan is paid in full.

11. As of June 8, 2015, the total principal balance owed under the Note is approximately $111,924.39.

/././

/././

/././

- 2 -  CASE NO. 15-01149-LT7
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

12. Seterus has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2015, at Beaverton, Oregon.

_____
Signature of Declarant

Shannon Duron
Print Name of Declarant

- 3 -

CASE NO. 15-01149-LT7

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY