| | |
|---|---|
| 1 | Megan E. Lees (SBN 277805) |
| | mlees@aldridgepite.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jdelmotte@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for Movant Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-01149-LT13 |
|---|---|
| PETER LOBDELL PHILP, II AND DAWN MARIE PHILP, | Chapter 13 |
| Debtors. | R.S. No. AP-1 |
| | **STIPULATION GRANTING ADEQUATE PROTECTION** |
| | **HEARING:** |
| | Date: November 17, 2015 |
| | Time: 2:00 p.m. |
| | Crtrm: Dept. 3, Room 129 |
| | Judge: Honorable Laura S. Taylor |

This Stipulation Granting Adequate Protection ("Stipulation") is entered into by and between the secured creditor, Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer (hereinafter "Movant"), and Peter Lobdell Philp, II and Dawn Marie Philp (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 1012 W Rainbow Boulevard, Big Bear City, California 92314, which is more fully described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A

/././

/././

---

1          Case No. 15-01149-LT13

**STIPULATION GRANTING ADEQUATE PROTECTION**

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. Debtors shall tender regular monthly payments in the amount of $848.08 to Movant, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing November 1, 2015, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

| | | |
|---|---|---|
| 10/1/2015 | 1 payment @ $848.08 | $848.08 |
| Attorneys' Fees and Costs | | $926.00 |
| Total Arrears | | $1,774.08 |

3. In addition to regular monthly payments, Debtors shall also tender payments to Movant in the sum of $295.68, commencing November 15, 2015, and continuing through and including April 15, 2016, when all post-petition arrears due and owing under the Note, in the current sum of $1,774.08, are paid in full. Payments are to be remitted to Seterus, Inc., P.O. Box 54420, Los Angeles, CA 90017.

4. The parties agree that Movant's disclosure of its reasonable attorneys' fees and costs in paragraph 2 herein satisfies the notice requirements of subsection (c) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure as of the date of this stipulation.

5. The parties agree that the requirements to tender additional payments pursuant to paragraph 3 herein does not constitute a payment change within the meaning of subsection (b) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

6. If applicable, Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance to Movant on a timely basis.

7. Debtors shall comply with the terms and conditions of their Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

8. In the event of any future default on any of the above-described provisions, inclusive of this Order, Movant shall provide written notice to Debtors, Peter Lobdell Philp, II and Dawn Marie Philp, at 1623 Dewitt Estates Road, Alpine, CA 91901 and, to Debtors' attorney of record, David A. Pomeranz, Law Offices of David A. Pomeranz, at 270 East Douglas Avenue, East County

2   CASE NO. 15-01149-LT13
**STIPULATION GRANTING ADEQUATE PROTECTION**

Business Center, El Cajon, CA 92020-4514, indicating the nature of the default. If Debtors fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant, after giving seventy-two (72) hours' telephonic notice to Debtors' counsel, may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

9. Movant shall comply with the above provisions as to the first three (3) defaults. Upon the fourth (4th) default, under the above-described provisions, then Movant may file an Ex Parte Declaration of Default and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

10. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

11. In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

12. In the event this case is converted to a Chapter 7 proceeding, the Automatic Stay shall be terminated as to the Debtors only without further notice, order, or proceedings of the court and the Motion can be restored on 7-days notice as to the Chapter 7 Trustee. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtors. This provision shall only apply to the Movant and not to any other party in the instant bankruptcy proceeding.

13. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Thomas H. Billingslea.

14. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

15. Upon the Court's entry of the Order approving the Stipulation Granting Adequate Protection, any hearing scheduled shall be taken off the Court's calendar.

16. This stipulation is not intended to impose any additional duties on the Chapter 13 Trustee. The Trustee is not under any duty to respond to any notices pursuant to this stipulation and it shall be the Debtors' burden to establish timely compliance with any payment terms in the stipulation. Trustee's records do not necessarily indicate the date of receipt of the payment and therefore such records are not to be relied upon for that purpose. If a hearing is requested pursuant to this stipulation, such hearing shall be calendared for and occur on the Chapter 13 Trustee's regular law and motion calendar.

**IT IS SO STIPULATED:**

DATED: 10/28/2015            ALDRIDGE PITE, LLP

By: /s/ *Megan E. Lees*
MEGAN E. LEES (SBN 277805)
Attorneys Movant, Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

DATED: 10/28/15            By: ____
DAVID A. POMERANZ (SBN 182510)
Attorneys for Debtors

DATED: 10/29/15            By: ____, Attorney for
THOMAS H. BILLINGSLEA
Chapter 13 Trustee

- 4 -  CASE NO. 15-01149-LT13
STIPULATION GRANTING ADEQUATE PROTECTION

# Exhibit "A"

East 1/2 of Lot 4, Block 9 of Tract 1788, Big Bear Estates Unit #1, as per map recorded in Book 26, Page 2, of Maps, records of San Bernardino County, California.

| | |
|---|---|
| 1 | Megan E. Lees (SBN 277805) |
| | mlees@aldridgepite.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jdelmotte@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for *Movant* |
| | Federal National Mortgage Association ("Fannie |
| | Mae"), by Seterus, Inc. as the authorized |
| 8 | subservicer |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-01149-LT13 |
| PETER LOBDELL PHILP, II, AND DAWN MARIE PHILP, | Chapter 13 |
| | **PROOF OF SERVICE** |
| Debtors. | |

I, Ashley R. Ballenger, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On October 30, 2015, I served the STIPULATION GRANTING ADEQUATE PROTECTION in said case by electronic service and/or by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 30, 2015, at San Diego, California.

/s/ *Ashley R. Ballenger*
ASHLEY R. BALLENGER

- 1 -

# SERVICE LIST

**DEBTORS**
**Via U.S. Mail**

Peter Lobdell Philp, II
Dawn Marie Philp
1623 Dewitt Estates Road
Alpine, CA 91901

**DEBTORS' ATTORNEY**
**Via Electronic Service**

David A. Pomeranz
Law Offices of David A. Pomeranz
270 East Douglas Avenue
East County Business Center
El Cajon, CA 92020-4514
bklawyer@cox.net

**CHAPTER 13 TRUSTEE**
**Via Electronic Service**

Thomas H. Billingslea
401 West A Street, Suite 1680
San Diego, CA 92101
billingslea@thb.coxatwork.com

**U.S. TRUSTEE**
**Via Electronic Service**

U.S. Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101-8511
ustp.region15@usdoj.gov

**INTERESTED PARTIE(S)**
**Via U.S. Mail**

Roberta S. Robinson
Kirby & McGuinn
707 Broadway, Suite 1750
San Diego, CA 92101

Bank of America
P.O. Box 650225
Dallas, TX 75265-0225