David A. Pomeranz, SBN #182510
270 East Douglas Avenue
El Cajon, CA 92020-4514
Tel: 619-741-3775
Fax: 619-761-5900

Attorneys for Debtors
Peter Lobdell Philp and Dawn Marie Philp

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Peter Lobdell Philp and Dawn Marie Philp,<br><br>    Debtors.<br>_____<br>US Bank Trust N.A., as trustee of Bungalow Series F Trust, its successors and assigns,<br><br>    Movants,<br><br>Peter Lobdell Philip, II and Dawn Marie Philip, Debtors;<br>Thomas H. Billingslea, Trustee,<br><br>    Respondents. | Case No. 15-01149-LT-13<br>CHAPTER: 13<br><br>NOTICE OF OBJECTION AND OBJECTION TO ENTRY OF LODGED ORDER (AP-1)<br><br>PROPERTY: 1012 W Rainbow Blvd., Big Bear City, CA 92314<br><br>Hon. Laura S. Taylor. |

COME NOW DEBTORS Peter and Dawn Philp, and hereby provide notice of objection to the proposed order as lodged in this case in relation to Relief from Stay No. AP-1 as follows:

1. The Debtors oppose the entry of the order on the grounds that there exists a factual dispute as to (1) whether or not a default actually occurred, (2) whether or not there has been a proper and valid assignment of payee, and (3),

whether or not payments made by the Debtors have been properly accounted for.

2.    The Debtors dispute the supporting declaration of Raymond Valderrama, with specificity to Page 3, Paragraph 8, lines 13-15, which indicate Debtors have failed to remit their January 1, 2017 payment and all subsequent payments.

3.    The Debtors further dispute that same Declaration at page 3, paragraph 10, lines 19 and 20 whereby the Declarant states that "Debtors counsel and Movant have reviewed all proof of payment provided by Debtors and has confirmed that the Debtors are not current." Counsel for Debtors has confirmed no such thing; rather, the proof provided shows payments have in fact been made.

4.    In March of this year, Debtors provided proof to Movant's Counsel that payments have in fact been made. That Proof is attached hereto as Exhibit "A": banking records showing payments made in the amount of $900.00 per month directly from the bank account of Debtor Peter Philp to Seterus, former servicer for the Movant (prior to BSI, the current servicer) each month subsequent to January 1, 2017.

5.    This proof irrefutably shows the Declaration of Mr. Valderrama is factually deficient.

6.    The proof was provided by Counsel David Pomeranz to Counsel for Movants, Jennifer Bergh and Michelle Ghidotti on March 14, 2018 and included both Exhibit "A" and Exhibit "B" canceled checks proving payment on the loan in question.

7.    Neither counsel Bergh nor counsel Ghidotti ever replied to the documentation received and otherwise failed and refused to provide any further communication.

8.    Despite having the proof of payments in their possession and a request from Counsel Pomeranz to review and respond to the documentation, On July 19, 2018, Counsel Bergh and Counsel Ghidotti simply lodged the Order in question.

9.    No proof of assignment from previous loan servicer SETERUS to current servicer BSI has been provided, despite a previous request from counsel.


Based on the above, Debtors hereby object to the entry of lodged order of July 19, 2018.


Respectfully submitted,


DATED:  July 20, 2018          /s/ David A. Pomeranz
                               David A. Pomeranz
                               Attorney for Debtors
                               Peter and Dawn Philp

# EXIHIBIT A


Your account ending in 3890 is linked to this account for overdraft protection.

Interest paid in 2016 for account 000000137215151 was $0.32.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2147 ^ | 03/20 | $88.00 |
| 2148 ^ | 03/21 | 100.00 |
| 2213 * ^ | 03/09 | 1,500.00 |
| 2214 ^ | 03/20 | 2,000.00 |
| **Total Checks Paid** | | **$3,688.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$6,957.34** |
| 02/27 | Card Purchase 8909 | 02/25 IN *American Cosmetic 888-9205311 AL Card | -47.00 | 6,910.34 |
| 02/27 | Card Purchase | 02/25 Jimbo's Naturally San Diego CA Card 8909 | -3.95 | 6,906.39 |
| 02/27 | Card Purchase 8909 | 02/26 Amazon Services-Kindl 866-321-8851 WA Card | -2.99 | 6,903.40 |
| 02/27 | Card Purchase 8909 | 02/26 Amazon Services-Kindl 866-321-8851 WA Card | -43.91 | 6,859.49 |
| 02/27 | Recurring Card Purchase 02/26 Netflix.Com Netflix.Com CA Card 6325 | | -9.99 | 6,849.50 |
| 02/28 | Card Purchase 6325 | 02/27 Ba@Petco     51312726 San Diego CA Card | -8.87 | 6,840.63 |
| 02/28 | Card Purchase | 02/27 76 - United Pacific 297 Poway CA Card 6325 | -49.00 | 6,791.63 |
| 02/28 | Card Purchase With Pin  02/28 Wm Superc Wal-Mart S El Cajon (Eas CA Card 6325 | | -222.12 | 6,569.51 |
| 02/28 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | | -900.00 | 5,669.51 |
| 02/28 | N. G. S. Enterpr 3Meds26408     PPD ID: 1330903620 | | -367.60 | 5,301.91 |
| 03/01 | Card Purchase | 02/27 Barons Market Alpin Alpine CA Card 8909 | -66.20 | 5,235.71 |
| 03/01 | Card Purchase | 02/28 Chevron 0307165 Alpine CA Card 6325 | -41.00 | 5,194.71 |
| 03/01 | Card Purchase 6325 | 02/28 Ba@Petco     51312726 San Diego CA Card | -9.54 | 5,185.17 |
| 03/01 | Card Purchase 6325 | 03/01 Aa Pool Service & Rep 619-507-2849 CA Card | -124.00 | 5,061.17 |
| 03/01 | Chase Quickpay Electronic Transfer 6045075469 To Farzin Alavi Use This One | | -3,050.00 | 2,011.17 |
| 03/02 | Franchise Tax Bd Casttaxrfd     PPD ID: 9282532045 | | **2,043.00** | 4,054.17 |
| 03/02 | Card Purchase | 02/28 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.04 | 4,052.13 |
| 03/02 | Card Purchase 6325 | 03/01 Ba@Petco     51312726 San Diego CA Card | -6.70 | 4,045.43 |
| 03/02 | Card Purchase With Pin  03/02 Cvs/Pharm 03025--1385 Alpine CA Card 6325 | | -14.93 | 4,030.50 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 04/28 | Card Purchase | 04/26 Jr Home Products Ltd Burnaby BC Card 4579 | - 20.01 | 2,458.31 |
| 04/28 | Card Purchase 4579 | 04/26 Tigris Mediteranean Gri San Diego CA Card | - 30.00 | 2,428.31 |
| 04/29 | Sharp Healthcare PR Payment | PPD ID: 1956077327 | **3,635.96** | 6,064.27 |
| 04/29 | Card Purchase | 04/27 Full Throttle Powerspor Santee CA Card 4579 | - 577.01 | 5,487.26 |
| 04/29 | Card Purchase | 04/27 USA 63106 Santee CA Card 4579 | - 43.00 | 5,444.26 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 64.33 | 5,379.93 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 11.25 | 5,368.68 |
| 04/29 | Card Purchase With Pin | 04/28 Chevron/Csi-099752/149 Barstow CA Card | - 6.73 | 5,361.95 |
| 04/29 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | | - 900.00 | 4,461.95 |
| 05/02 | Card Purchase 4579 | 04/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 0.99 | 4,460.96 |
| 05/02 | Card Purchase 4579 | 04/30 Papas Leather Barn LLC Bethany OK Card | - 171.88 | 4,289.08 |
| 05/02 | Card Purchase With Pin | 04/30 503 Dockside Mkt Laughlin NV Card 4579 | - 21.17 | 4,267.91 |
| 05/02 | Card Purchase 4579 | 05/01 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 63.98 | 4,203.93 |
| 05/02 | Non-Chase ATM Withdraw 4579 | 04/30 2020 S Casino Drive Laughlin NV Card | - 204.25 | 3,999.68 |
| 05/02 | Card Purchase With Pin | 05/02 Barons Market Alpine CA Card 4579 | - 51.46 | 3,948.22 |
| 05/03 | Card Purchase | 04/29 Pints Laughlin NV Card 4579 | - 86.07 | 3,862.15 |
| 05/03 | Card Purchase With Pin | 05/03 Vcn*Kearney Mes San Diego CA Card 4579 | - 58.50 | 3,803.65 |
| 05/03 | Recurring Card Purchase 05/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | | - 89.88 | 3,713.77 |
| 05/04 | Online Transfer From Mma ...3890 Transaction#: 5372723707 | | **1,000.00** | 4,713.77 |
| 05/04 | Card Purchase | 05/02 Colorado Belle Resort Laughlin NV Card 4579 | - 538.96 | 4,174.81 |
| 05/04 | Card Purchase 4579 | 05/03 Amazon Services-Kindl 866-321-8851 WA Card | - 3.03 | 4,171.78 |
| 05/04 | Card Purchase | 05/03 Audible US 888-283-5051 NJ Card 4579 | - 1.99 | 4,169.79 |
| 05/05 | ODP Transfer From Savings 000002915963890 | | **450.00** | 4,619.79 |
| 05/05 | Card Purchase | 05/04 Tradesy Www.Tradesy.C CA Card 4579 | - 1,235.00 | 3,384.79 |
| 05/05 | Card Purchase With Pin | 05/05 Barons Market Alpine CA Card 4579 | - 92.80 | 3,291.99 |
| 05/05 | Check | # 2120 | - 3,050.00 | 241.99 |
| 05/05 | SD Gas Elec    Paid Sdge  8986535182    Web ID: 5951184800 | | - 226.11 | 15.88 |
| 05/05 | Overdraft Protection Transfer Fee | | - 10.00 | 5.88 |
| 05/06 | Deposit    1479426504 | | **674.78** | 680.66 |
| 05/06 | Online Transfer From Mma ...3890 Transaction#: 5377786522 | | **450.00** | 1,130.66 |
| 05/06 | Card Purchase With Pin  05/06 Shell Service Station El Cajon CA Card 4579 | | - 50.00 | 1,080.66 |
| 05/06 | Goldenstate/Bve  Payment | PPD ID: 2951243678 | - 58.89 | 1,021.77 |
| 05/09 | Card Purchase With Pin  05/07 Wal-Mart Super Cente El Cajon (Eas CA Card 4579 | | - 291.85 | 729.92 |
| 05/09 | Card Purchase 4579 | 05/09 Amazon Mktplace Pmts Amzn.Com/Bill WA | - 42.91 | 687.01 |
| 05/09 | Recurring Card Purchase 05/08 Payan Pool Service 619-449-1392 CA Card 4579 | | - 100.00 | 587.01 |
| 05/09 | Southwest Gas    App | PPD ID: 4880085720 | - 30.35 | 556.66 |
| 05/10 | Deposit    1479426529 | | **4,000.00** | 4,556.66 |
| 05/10 | Card Purchase | 05/09 United Pacific 8581 Alpine CA Card 8909 | - 42.88 | 4,513.78 |
| 05/10 | Card Purchase | 05/10 J's Great Cuts Santee CA Card 4579 | - 25.00 | 4,488.78 |

EXHIBIT "A"


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/30 | Card Purchase With Pin  05/28 Shell Service Station Alpine CA Card 6325 | -39.75 | 6,651.74 |
| 05/30 | Card Purchase With Pin  05/29 Goodwill Industries #4 Alpine CA Card 8909 | -100.00 | 6,551.74 |
| 05/30 | Card Purchase With Pin  05/29 Pepboys Store # 813 20 El Cajon CA Card 6325 | -179.86 | 6,371.88 |
| 05/30 | Card Purchase          05/30 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 6,366.89 |
| 05/30 | Card Purchase With Pin  05/29 Petco 924 El Cajon CA Card 6325 | -121.94 | 6,244.95 |
| 05/30 | Card Purchase          05/29 Synfast Oil Change El Cajon CA Card 6325 | -108.91 | 6,136.04 |
| 05/30 | Card Purchase          05/29 Kaelins Car Wash El Cajon CA Card 6325 | -12.00 | 6,124.04 |
| 05/30 | Check                  # 2217 | -1,500.00 | 4,624.04 |
| 05/30 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | -900.00 | 3,724.04 |
| 05/30 | Recurring Card Purchase 05/26 Netflix.Com Netflix.Com CA Card 6325 | -9.99 | 3,714.05 |
| 05/31 | Card Purchase          05/30 Jack IN The Box 3033 El Cajon CA Card 6325 | -5.04 | 3,709.01 |
| 05/31 | Card Purchase          05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -1.29 | 3,707.72 |
| 05/31 | Card Purchase          05/31 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 3,706.65 |
| 05/31 | Card Purchase          05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -0.99 | 3,705.66 |
| 05/31 | Card Purchase          05/31 Pep Boys Online 800-Pepboys PA Card 6325 | -43.83 | 3,661.83 |
| 06/01 | Card Purchase          05/31 Ba@Petco      51312726 San Diego CA Card 6325 | -7.43 | 3,654.40 |
| 06/01 | Card Purchase          06/01 Aa Pool Service & Rep 619-507-2849 CA Card 6325 | -140.00 | 3,514.40 |
| 06/01 | Chase Quickpay Electronic Transfer 6263325749 To Farzin Alavi Use This One | -3,110.00 | 404.40 |
| 06/01 | Card Purchase With Pin  06/01 Albertsons Store  0704 Alpine CA Card 6325 | -270.51 | 133.89 |
| 06/02 | Online Transfer From Mma ...3890 Transaction#: 6268989721 | **1,700.00** | 1,833.89 |
| 06/02 | Card Purchase          06/02 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,828.90 |
| 06/02 | Card Purchase          06/02 Cox Comm San Diego 800-234-3993 CA Card 6325 | -104.07 | 1,724.83 |
| 06/02 | Card Purchase With Pin  06/02 Barons Market Alpine CA Card 6325 | -45.53 | 1,679.30 |
| 06/05 | Card Purchase          06/03 J's Great Cuts Santee CA Card 6325 | -21.00 | 1,658.30 |
| 06/05 | Card Purchase          06/02 Rite Aid Store - 6225 Alpine CA Card 8909 | -32.77 | 1,625.53 |
| 06/05 | Card Purchase          06/03 Bloodpres 877-300-7849 TX Card 6325 | -29.99 | 1,595.54 |
| 06/05 | Card Purchase          06/03 Chevron 0307165 Alpine CA Card 8909 | -49.90 | 1,545.64 |
| 06/05 | Card Purchase          06/05 Vudu.Com 408-492-1010 CA Card 8909 | -6.99 | 1,538.65 |
| 06/05 | Card Purchase          06/05 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,533.66 |
| 06/05 | Goldenstate/Bve  Payment          PPD ID: 2951243678 | -48.32 | 1,485.34 |
| 06/05 | Southwest Gas    App             PPD ID: 4880085720 | -7.64 | 1,477.70 |
| 06/06 | Card Purchase          06/05 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 1,476.63 |
| 06/07 | Card Purchase          06/05 Barons Market Alpin Alpine CA Card 8909 | -129.30 | 1,347.33 |
| 06/07 | Card Purchase          06/06 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -10.68 | 1,336.65 |
| 06/07 | Card Purchase          06/06 Ba@Petco      51312726 San Diego CA Card 6325 | -10.92 | 1,325.73 |
| 06/07 | Card Purchase          06/07 Vudu.Com 408-492-1010 CA Card 8909 | -14.99 | 1,310.74 |
| 06/07 | Card Purchase With Pin  06/07 Albertsons Store  0704 Alpine CA Card 8909 | -391.06 | 919.68 |
| 06/08 | Card Purchase          06/06 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.14 | 917.54 |
| 06/08 | Card Purchase          06/07 IN *American Cosmetic 888-9205311 AL Card 8909 | -97.00 | 820.54 |
| 06/08 | Card Purchase With Pin  06/08 USA 63098 El Cajon CA Card 6325 | -69.00 | 751.54 |






## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/12 | Card Purchase          07/11 76 - United Pacific 858 Alpine CA Card 8909 | - 43.93 | 2,269.54 |
| 07/12 | Card Purchase With Pin  07/12 7-Eleven San Diego CA Card 4579 | - 4.78 | 2,264.76 |
| 07/12 | Card Purchase With Pin  07/12 Cvs/Pharmacy #03 03025 Alpine CA Card 4579 | - 34.43 | 2,230.33 |
| 07/12 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | - 900.00 | 1,330.33 |
| 07/12 | Recurring Card Purchase 07/11 Amazonprime Membersh Amzn.Com/Prme WA Card 4579 | - 106.92 | 1,223.41 |
| 07/13 | Card Purchase          07/11 Barons Market Alpin Alpine CA Card 8909 | - 54.52 | 1,168.89 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 1.29 | 1,167.60 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 4.99 | 1,162.61 |
| 07/13 | Card Purchase          07/12 Ba@Petco      51312726 San Diego CA Card 4579 | - 9.82 | 1,152.79 |
| 07/13 | Card Purchase With Pin  07/13 7-Eleven San Diego CA Card 4579 | - 5.92 | 1,146.87 |
| 07/14 | Card Purchase          07/13 Wal-Mart #2253 El Cajon CA Card 8909 | - 106.17 | 1,040.70 |
| 07/14 | Card Purchase          07/13 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.50 | 1,030.20 |
| 07/14 | Card Purchase          07/14 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 1,026.21 |
| 07/14 | Recurring Card Purchase 07/14 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 4579 | - 204.88 | 821.33 |
| 07/15 | Card Purchase          07/13 Barons Market Alpin Alpine CA Card 8909 | - 115.61 | 705.72 |
| 07/15 | Card Purchase          07/14 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.92 | 694.80 |
| 07/15 | Card Purchase          07/14 76 - United Pacific 297 Poway CA Card 4579 | - 42.35 | 652.45 |
| 07/15 | Card Purchase With Pin  07/15 Barons Market Alpine CA Card 4579 | - 73.05 | 579.40 |
| 07/15 | Recurring Card Purchase 07/15 Geico  *Auto 800-841-3000 DC Card 4579 | - 132.80 | 446.60 |
| 07/18 | ODP Transfer From Savings 000002915963890 | 40.24 | 486.84 |
| 07/18 | Card Purchase          07/15 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.76 | 476.08 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 473.09 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 469.10 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 465.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 41.00 | 424.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 21.58 | 402.53 |
| 07/18 | Card Purchase          07/18 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 399.54 |
| 07/18 | Card Purchase With Pin  07/18 7-Eleven San Antonio TX Card 4579 | - 28.88 | 370.66 |
| 07/18 | Usaa P&C Ext    Autopay   600700246     Tel ID: Usaa-PC | - 340.71 | 29.95 |
| 07/18 | Recurring Card Purchase 07/16 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | 10.00 |
| 07/18 | Overdraft Protection Transfer Fee | - 10.00 | 0.00 |
| 07/19 | ATM Check Deposit       07/19 1271 Tavern Rd Alpine CA Card 8909 | 300.00 | 300.00 |
| 07/19 | ATM Cash Deposit        07/19 8235 State Highway 151 San Antonio TX Card 4579 | 300.00 | 600.00 |
| 07/19 | Recurring Card Purchase 07/19 Dtv*Directv Service 800-347-3288 CA Card 4579 | - 205.29 | 394.71 |
| 07/21 | Card Purchase          07/20 Whiskey Cake - LA Cante 0001 TX Card 4579 | - 20.70 | 374.01 |
| 07/21 | Card Purchase With Pin  07/21 #06704 Albertsons Alpine CA Card 4579 | - 197.49 | 176.52 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 08/08 | Check        # 2202 | - 3,050.00 | 3,275.39 |
| 08/08 | Recurring Card Purchase 08/08 Hellofresh New York City NY Card 8909 | - 129.00 | 3,146.39 |
| 08/08 | Goldenstate/Bve  Payment          PPD ID: 2951243678 | - 74.70 | 3,071.69 |
| 08/08 | Southwest Gas    App          PPD ID: 4880085720 | - 18.17 | 3,053.52 |
| 08/09 | Card Purchase          08/08 Sq *Billing Enterpris 877-417-4551 AZ Card 4579 | - 352.60 | 2,700.92 |
| 08/09 | Card Purchase          08/08 Ba@Petco       51312726 San Diego CA Card 4579 | - 10.50 | 2,690.42 |
| 08/09 | Card Purchase          08/09 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 2,687.43 |
| 08/09 | Card Purchase With Pin  08/09 Barons Market Alpine CA Card 4579 | - 110.89 | 2,576.54 |
| 08/09 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | - 900.00 | 1,676.54 |
| 08/10 | Card Purchase          08/09 Chevron 0307165 Alpine CA Card 4579 | - 37.00 | 1,639.54 |
| 08/11 | ATM Check Deposit       08/11 1271 Tavern Rd Alpine CA Card 8909 | **674.78** | 2,314.32 |
| 08/11 | Card Purchase          08/10 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 9.99 | 2,304.33 |
| 08/11 | Card Purchase          08/11 Vudu.Com 408-492-1010 CA Card 4579 | - 29.99 | 2,274.34 |
| 08/11 | Card Purchase With Pin  08/11 Rite Aid Store - 6225 Alpine CA Card 4579 | - 32.14 | 2,242.20 |
| 08/12 | Deposited Item Returned      NSF 1St      099014811 # of Items00001Ck#:0000020522                Dep Amt0000067478     Dep Date081116Ck Amt0000067478 Svc Fee001200 | - 674.78 | 1,567.42 |
| 08/12 | Card Purchase          08/10 Sears.Com 9301 847-286-1940 IL Card 8909 | - 49.99 | 1,517.43 |
| 08/12 | Card Purchase          08/11 Shell Oil 57442714804 Alpine CA Card 4579 | - 46.00 | 1,471.43 |
| 08/12 | Card Purchase          08/11 Pilot Ehrenberg AZ Card 4579 | - 17.78 | 1,453.65 |
| 08/12 | Check        # 2203 | - 1,500.00 | -46.35 |
| 08/12 | Deposit Item Returned Fee: 01 NSF 1St        099014811 # of Items00001Ck#:0000020522                Dep Amt0000067478     Dep Date081116Ck Amt0000001200 Svc Fee001200 | - 12.00 | -58.35 |
| 08/12 | Insufficient Funds Fee For Check #2203 IN The Amount of $1,500.00 | - 34.00 | -92.35 |
| 08/15 | Card Purchase Return    08/12 Sears.Com 9301 Hoffman Estat IL Card 8909 | **49.99** | -42.36 |
| 08/15 | Card Purchase          08/12 Island Inn Hotel Lake Havasu AZ Card 4579 | - 59.22 | -101.58 |
| 08/15 | Recurring Card Purchase 08/15 Hellofresh New York City NY Card 8909 | - 129.00 | -230.58 |
| 08/15 | Insufficient Funds Fee For A $129.00 Recurring Card Purchase - Details: 0815Hellofresh New York City NY      04411037133288909 | - 34.00 | -264.58 |
| 08/16 | ATM Check Deposit       08/16 1271 Tavern Rd Alpine CA Card 8909 | **674.78** | 410.20 |
| 08/16 | Card Purchase With Pin  08/16 Barons Market Alpine CA Card 4579 | - 76.27 | 333.93 |
| 08/16 | Card Purchase With Pin  08/16 Rite Aid Store - 6225 Alpine CA Card 8909 | - 28.06 | 305.87 |
| 08/17 | Card Purchase          08/17 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 290.88 |
| 08/17 | Card Purchase With Pin  08/17 Double S Tack & Feed El Cajon CA Card 8909 | - 84.83 | 206.05 |
| 08/17 | Card Purchase With Pin  08/17 Barons Market Alpine CA Card 4579 | - 22.66 | 183.39 |
| 08/18 | Card Purchase          08/17 Chevron 0307165 Alpine CA Card 4579 | - 40.01 | 143.38 |
| 08/18 | Card Purchase          08/17 Ba@Petco       51312726 San Diego CA Card 4579 | - 9.91 | 133.47 |
| 08/18 | Usaa P&C Ext     Autopay   600700246     Tel ID: Usaa-PC | - 340.63 | -207.16 |
| 08/18 | Recurring Card Purchase 08/17 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | -227.11 |
| 08/18 | Insufficient Funds Fee For A $340.63 Item - Details: Usaa P&C Ext Autopay   600700246     Tel ID: Usaa-PC | - 34.00 | -261.11 |
| 08/18 | Insufficient Funds Fee For A $19.95 Recurring Card Purchase - Details: 0817Abc*Crunch Fitness 888-8279262 CA   04411037130034579 | - 34.00 | -295.11 |
| 08/19 | Petco Animal Sup Direct Dep          PPD ID: 9111111103 | **3,574.01** | 3,278.90 |



# TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 09/28 | Card Purchase With Pin  09/28 Petco 581 San Diego CA Card 4579 | - 29.29 | 608.19 |
| 09/28 | N. G. S. Enterpr 3Meds26252          PPD ID: 1000115617 | - 352.60 | 255.59 |
| 09/29 | Card Purchase          09/28 Ba@Petco      51312726 San Diego CA Card 4579 | - 12.64 | 242.95 |
| 09/29 | Card Purchase          09/29 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 227.96 |
| 09/30 | ATM Check Deposit          09/30 1271 Tavern Rd Alpine CA Card 4579 | **800.00** | 1,027.96 |
| 09/30 | Petco Animal Sup Direct Dep          PPD ID: 9111111103 | **3,318.52** | 4,346.48 |
| 09/30 | Card Purchase          09/29 Chevron 0307165 Alpine CA Card 4579 | - 42.01 | 4,304.47 |
| 09/30 | Card Purchase          09/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 0.99 | 4,303.48 |
| 09/30 | Card Purchase          09/29 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.75 | 4,292.73 |
| 09/30 | Card Purchase          09/29 Ave C Mkt 8889790062 Troy MI Card 4579 | - 3.08 | 4,289.65 |
| 09/30 | Card Purchase          09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 4,267.66 |
| 09/30 | Card Purchase          09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 6.99 | 4,260.67 |
| 09/30 | Card Purchase With Pin  09/30 United Pacific 2 Poway CA Card 4579 | - 3.92 | 4,256.75 |
| 10/03 | Card Purchase          09/30 Exxonmobil    99047805 El Cajon CA Card 8909 | - 4.78 | 4,251.97 |
| 10/03 | Card Purchase          09/30 Exxonmobil    99047805 El Cajon CA Card 8909 | - 50.23 | 4,201.74 |
| 10/03 | Card Purchase          09/30 Ba@Petco      51312726 San Diego CA Card 4579 | - 11.45 | 4,190.29 |
| 10/03 | Card Purchase          09/30 Iowa Meats San Diego CA Card 8909 | - 69.74 | 4,120.55 |
| 10/03 | Card Purchase          09/30 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 4,118.47 |
| 10/03 | Card Purchase          10/01 Aa Pool Service & Rep 619-507-2849 CA Card 4579 | - 240.00 | 3,878.47 |
| 10/03 | Card Purchase          10/01 Amazon.Com Amzn.Com/Bill WA Card 4579 | - 85.85 | 3,792.62 |
| 10/03 | Card Purchase          10/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4579 | - 56.98 | 3,735.64 |
| 10/03 | Card Purchase          10/02 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 3,713.65 |
| 10/03 | Card Purchase With Pin  10/03 Goodwill Industries #2 Santee CA Card 8909 | - 31.48 | 3,682.17 |
| 10/03 | Card Purchase With Pin  10/03 Kohls 0756 9412 Missio Santee CA Card 4579 | - 194.39 | 3,487.78 |
| 10/03 | Card Purchase With Pin  10/03 Barons Market Alpine CA Card 4579 | - 64.79 | 3,422.99 |
| 10/03 | Recurring Card Purchase 10/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | - 89.87 | 3,333.12 |
| 10/04 | Card Purchase          10/03 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.43 | 3,322.69 |
| 10/04 | Card Purchase          10/03 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 3,320.61 |
| 10/04 | Card Purchase With Pin  10/04 United Pacific 2 Poway CA Card 4579 | - 4.92 | 3,315.69 |
| 10/04 | Card Purchase With Pin  10/04 #06704 Albertsons Alpine CA Card 4579 | - 101.17 | 3,214.52 |
| 10/04 | Recurring Card Purchase 10/03 Ady*Hellofresh Www.Hellofres NY Card 8909 | - 129.00 | 3,085.52 |
| 10/04 | Southwest Gas    App          PPD ID: 4880085720 | - 16.62 | 3,068.90 |
| 10/05 | Online Transfer From Mma ...3890 Transaction#: 5710316053 | **1,700.00** | 4,768.90 |
| 10/05 | Chase Quickpay Electronic Transfer 5699247035 From Colton Cranston | **895.00** | 5,663.90 |
| 10/05 | Card Purchase          10/04 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.75 | 5,653.15 |
| 10/05 | Card Purchase          10/05 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 5,650.16 |
| 10/05 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | - 900.00 | 4,750.16 |
| 10/05 | Goldenstate/Bve  Payment          PPD ID: 2951243678 | - 73.85 | 4,676.31 |
| 10/06 | Card Purchase          10/06 Vudu.Com 408-492-1010 CA Card 4579 | - 9.99 | 4,666.32 |


## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/21 | Seterus, Inc.  Payment  Peter Philp  Tel ID: 9239039002 | - 900.00 | 521.09 |
| 12/22 | Card Purchase       12/21 Zumiez #254 El Cajon CA Card 8909 | - 111.56 | 409.53 |
| 12/22 | Card Purchase With Pin  12/22 #06704 Albertsons Alpine CA Card 6325 | - 338.02 | 71.51 |
| 12/23 | Petco Animal Sup Direct Dep       PPD ID: 9111111103 | **3,318.52** | 3,390.03 |
| 12/23 | Card Purchase       12/23 Vudu.Com 408-492-1010 CA Card 8909 | - 4.99 | 3,385.04 |
| 12/23 | Interest Payment | **0.02** | 3,385.06 |
| | **Ending Balance** | | **$3,385.06** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

PETER L PHILP

OR DAWN M PHILP

Account Number: 000002915963890

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$26.97** |
| Deposits and Additions | 1,694.66 |
| Electronic Withdrawals | -1,700.00 |
| **Ending Balance** | **$21.63** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.14 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$26.97** |
| 12/01 | Vacp Treas 310  Xxva Benef       PPD ID: 9111036002 | **1,447.71** | 1,474.68 |
| 12/01 | Dfas-Cleveland  Ret Net       PPD ID: 3041036004 | **246.95** | 1,721.63 |
| 12/01 | 12/01 Online Transfer To Chk ...5151 Transaction#: 5837197015 | - 1,700.00 | 21.63 |
| | **Ending Balance** | | **$21.63** |

# EXIHIBIT B

Bankruptcy Case No. 15-01149
Opposition

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Feb 28, 2018 | 2164 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC     ©2018 JPMorgan Chase & Co.     Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Sep 7, 2017 | 2151 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC ©2018 JPMorgan Chase & Co. Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back

| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Sep 21, 2017 | 2152 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC　　　　　©2018 JPMorgan Chase & Co.　　　　　Equal Opportunity Lender 🏠

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 22, 2017 | 2157 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC     ©2018 JPMorgan Chase & Co.     Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back

| Post date | Check # | Check amount |
|---|---|---|
| Dec 29, 2017 | 2160 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC      ©2018 JPMorgan Chase & Co.      Equal Opportunity Lender ⌂

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

**LODGED**

BANKRUPTCY NO.

Movant(s)

RS NO.

v.

Respondent(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER ON

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with

exhibits, if any, for a total of _____ pages.  Notice of Lodgment Docket Entry No. _____ .

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

US Bank Trust N.A. as Trustee of Bungalow Series F Trust (Movants) filed a Relief from the automatic Stay in regards to the property located at 1012 W Rainbow Blvd., Big Bear City, CA 92314 (the Property) on July 7, 2015. On November 2, 2015, the Court entered an Order regarding the motion in the form of an APO after hearing in open court, each side represented by counsel.

On July 19, 2018, Movants submitted a Declaration for Default and a proposed Order.

The Court, having considered the Declaration for Default, and the subsequently filed Declarations and Opposition, and after determining that service has been provided, does hereby Order as follows:

It is ORDERED that:

The Court does not find the terms of the Adequate Protection Order (APO) and underlying Order of November 2, 2015 have been materially defaulted. All stays remain in full force and effect.

IT IS SO ORDERED.

**CSD 3010** [04/28/96]
Name, Address, Telephone No. & I.D. No.

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Movants.

ADVERSARY NO.

v.

Respondent.

## PROOF OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that I served a copy of the following documents [describe each document served]:

on _____ by:
         [date]

☐ USBC Electronic Noticing System, after ensuring the addresses below were on the Court's list, addressed to:

☐ First Class US Mail, Postage Prepaid to:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
        [Date]                                     [Signature]

| Print Name | |
| --- | --- |
| Business Address | |
| City, State, ZIP | |

CSD 3010

15-01149
ATTACHMENT TO SERVICE LIST

Thomas H. Billingslea
Billingslea@thb.coxatwork.com

Kathleen A. Cashman-Kramer on behalf of Trustee Thomas H. Billingslea
billingslea@thb.coxatwork.com, kathylaw@san.rr.com

Michelle R. Ghidotti-Gonsalves on behalf of Creditor US Bank Trust N.A, as Trustee of Bungalow Series F Trust
mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com

Ajay Gupta on behalf of Creditor David Byron
ajay@guptalc.com

Megan Lees on behalf of Creditor Federal National Mortgage Association
ecfcasb@aldridgepite.com, mlees@aldridgepite.com;MEL@ecf.inforuptcy.com

Kristin Mihelic on behalf of United States Trustee United States Trustee
Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov

Roberta S. Robinson on behalf of Trustee Nancy Wolf
RRobinson@kirbymac.com, jrigg@kirbymac.com;dkirby@kirbymac.com;jpeters@kirbymac.com;kdeede@kirbymac.com;twright@kirbymac.com

Josephine E. Salmon on behalf of Creditor Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer
ecfcasb@aldridgepite.com, Jes@ecf.inforuptcy.com

United States Trustee
ustp.region15@usdoj.gov

Anna Landa, Esq.
cmartin@pralc.com