David A. Pomeranz, SBN #182510
270 East Douglas Avenue
El Cajon, CA 92020-4514
Tel:  619-741-3775
Fax:  619-761-5900

Attorneys for Debtors
Peter Lobdell Philp and Dawn Marie Philp

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Peter Lobdell Philp and Dawn Marie Philp,<br><br>    Debtors.<br>_____<br>US Bank Trust N.A., as trustee of Bungalow Series F Trust, its successors and assigns,<br><br>    Movants,<br><br>Peter Lobdell Philip, II and Dawn Marie Philip, Debtors;<br>Thomas H. Billingslea, Trustee,<br><br>    Respondents. | ) Case No. 15-01149-LT-13<br>) CHAPTER: 13<br>)<br>) DECLARATION OF PETER PHILP IN<br>) OPPOSITION TO ENTRY OF LODGED<br>) ORDER (AP-1)<br>)<br>)<br>) PROPERTY:  1012 W Rainbow<br>) Blvd., Big Bear City, CA 92314<br>)<br>) Hon. Laura S. Taylor.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Peter Philp, Declare as follows:

1.   I am the Debtor in this matter.

2.   I have consistently made payments on the subject account as and for the mortgage payments on the property located at 1012 West Rainbow Blvd., Big Bear City, CA.

3.   I have previously provided proof of payments made to my counsel and have knowledge that he duly emailed those proofs to each counsel on March 14, 2018.

4. The proofs of payment are attached to the opposition and the declarations as Exhibits A and B. I have reviewed all documents and they are indeed accurate and factual, and do represent the nature of the transactions.

5. I have read the Declaration of Raymond Valderrama and find it to be factually inaccurate. Where he says I have made no payments since January 1, 2017 is not only false, but contradicted by the evidence previously provided to his counsel and attached hereto.

6. I have in fact made the payments and I am not in default of the Court's Order or of the payment plan in this matter.

7. I object to the entry of the Order as lodged.

8. Based on the bad faith tactics and verifiably false declaration, I reserve the right to seek sanctions against BSI, Raymond Valderrama, and both attorneys Bergh and Ghidotti.

9. I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and recollection.


Respectfully submitted,


DATED:  July 20, 2018          /s/ Peter Philp
                               Peter Philp

# EXIHIBIT A


Your account ending in 3890 is linked to this account for overdraft protection.

Interest paid in 2016 for account 000000137215151 was $0.32.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2147 ^ | 03/20 | $88.00 |
| 2148 ^ | 03/21 | 100.00 |
| 2213 * ^ | 03/09 | 1,500.00 |
| 2214 ^ | 03/20 | 2,000.00 |
| **Total Checks Paid** | | **$3,688.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$6,957.34** |
| 02/27 | Card Purchase 8909 | 02/25 IN *American Cosmetic 888-9205311 AL Card | -47.00 | 6,910.34 |
| 02/27 | Card Purchase | 02/25 Jimbo's Naturally San Diego CA Card 8909 | -3.95 | 6,906.39 |
| 02/27 | Card Purchase 8909 | 02/26 Amazon Services-Kindl 866-321-8851 WA Card | -2.99 | 6,903.40 |
| 02/27 | Card Purchase 8909 | 02/26 Amazon Services-Kindl 866-321-8851 WA Card | -43.91 | 6,859.49 |
| 02/27 | Recurring Card Purchase 02/26 Netflix.Com Netflix.Com CA Card 6325 | | -9.99 | 6,849.50 |
| 02/28 | Card Purchase 6325 | 02/27 Ba@Petco      51312726 San Diego CA Card | -8.87 | 6,840.63 |
| 02/28 | Card Purchase | 02/27 76 - United Pacific 297 Poway CA Card 6325 | -49.00 | 6,791.63 |
| 02/28 | Card Purchase With Pin  02/28 Wm Superc Wal-Mart S El Cajon (Eas CA Card 6325 | | -222.12 | 6,569.51 |
| 02/28 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | | -900.00 | 5,669.51 |
| 02/28 | N. G. S. Enterpr 3Meds26408      PPD ID: 1330903620 | | -367.60 | 5,301.91 |
| 03/01 | Card Purchase | 02/27 Barons Market Alpin Alpine CA Card 8909 | -66.20 | 5,235.71 |
| 03/01 | Card Purchase | 02/28 Chevron 0307165 Alpine CA Card 6325 | -41.00 | 5,194.71 |
| 03/01 | Card Purchase 6325 | 02/28 Ba@Petco      51312726 San Diego CA Card | -9.54 | 5,185.17 |
| 03/01 | Card Purchase 6325 | 03/01 Aa Pool Service & Rep 619-507-2849 CA Card | -124.00 | 5,061.17 |
| 03/01 | Chase Quickpay Electronic Transfer 6045075469 To Farzin Alavi Use This One | | -3,050.00 | 2,011.17 |
| 03/02 | Franchise Tax Bd Casttaxrfd      PPD ID: 9282532045 | | **2,043.00** | 4,054.17 |
| 03/02 | Card Purchase | 02/28 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.04 | 4,052.13 |
| 03/02 | Card Purchase 6325 | 03/01 Ba@Petco      51312726 San Diego CA Card | -6.70 | 4,045.43 |
| 03/02 | Card Purchase With Pin  03/02 Cvs/Pharm 03025--1385 Alpine CA Card 6325 | | -14.93 | 4,030.50 |



## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 04/28 | Card Purchase | 04/26 Jr Home Products Ltd Burnaby BC Card 4579 | - 20.01 | 2,458.31 |
| 04/28 | Card Purchase 4579 | 04/26 Tigris Mediteranean Gri San Diego CA Card | - 30.00 | 2,428.31 |
| 04/29 | Sharp Healthcare PR Payment | PPD ID: 1956077327 | **3,635.96** | 6,064.27 |
| 04/29 | Card Purchase | 04/27 Full Throttle Powerspor Santee CA Card 4579 | - 577.01 | 5,487.26 |
| 04/29 | Card Purchase | 04/27 USA 63106 Santee CA Card 4579 | - 43.00 | 5,444.26 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 64.33 | 5,379.93 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 11.25 | 5,368.68 |
| 04/29 | Card Purchase With Pin 04/28 Chevron/Csi-099752/149 Barstow CA Card 4579 | | - 6.73 | 5,361.95 |
| 04/29 | Seterus, Inc. Payment Peter Philp Tel ID: 9239039002 | | - 900.00 | 4,461.95 |
| 05/02 | Card Purchase 4579 | 04/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 0.99 | 4,460.96 |
| 05/02 | Card Purchase 4579 | 04/30 Papas Leather Barn LLC Bethany OK Card | - 171.88 | 4,289.08 |
| 05/02 | Card Purchase With Pin 04/30 503 Dockside Mkt Laughlin NV Card 4579 | | - 21.17 | 4,267.91 |
| 05/02 | Card Purchase 4579 | 05/01 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 63.98 | 4,203.93 |
| 05/02 | Non-Chase ATM Withdraw 04/30 2020 S Casino Drive Laughlin NV Card 4579 | | - 204.25 | 3,999.68 |
| 05/02 | Card Purchase With Pin 05/02 Barons Market Alpine CA Card 4579 | | - 51.46 | 3,948.22 |
| 05/03 | Card Purchase | 04/29 Pints Laughlin NV Card 4579 | - 86.07 | 3,862.15 |
| 05/03 | Card Purchase With Pin 05/03 Vcn*Kearney Mes San Diego CA Card 4579 | | - 58.50 | 3,803.65 |
| 05/03 | Recurring Card Purchase 05/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | | - 89.88 | 3,713.77 |
| 05/04 | Online Transfer From Mma ...3890 Transaction#: 5372723707 | | **1,000.00** | 4,713.77 |
| 05/04 | Card Purchase | 05/02 Colorado Belle Resort Laughlin NV Card 4579 | - 538.96 | 4,174.81 |
| 05/04 | Card Purchase 4579 | 05/03 Amazon Services-Kindl 866-321-8851 WA Card | - 3.03 | 4,171.78 |
| 05/04 | Card Purchase | 05/03 Audible US 888-283-5051 NJ Card 4579 | - 1.99 | 4,169.79 |
| 05/05 | ODP Transfer From Savings 000002915963890 | | **450.00** | 4,619.79 |
| 05/05 | Card Purchase | 05/04 Tradesy Www.Tradesy.C CA Card 4579 | - 1,235.00 | 3,384.79 |
| 05/05 | Card Purchase With Pin 05/05 Barons Market Alpine CA Card 4579 | | - 92.80 | 3,291.99 |
| 05/05 | Check | # 2120 | - 3,050.00 | 241.99 |
| 05/05 | SD Gas Elec Paid Sdge 8986535182 Web ID: 5951184800 | | - 226.11 | 15.88 |
| 05/05 | Overdraft Protection Transfer Fee | | - 10.00 | 5.88 |
| 05/06 | Deposit 1479426504 | | **674.78** | 680.66 |
| 05/06 | Online Transfer From Mma ...3890 Transaction#: 5377786522 | | **450.00** | 1,130.66 |
| 05/06 | Card Purchase With Pin 05/06 Shell Service Station El Cajon CA Card 4579 | | - 50.00 | 1,080.66 |
| 05/06 | Goldenstate/Bve Payment | PPD ID: 2951243678 | - 58.89 | 1,021.77 |
| 05/09 | Card Purchase With Pin 05/07 Wal-Mart Super Cente El Cajon (Eas CA Card 4579 | | - 291.85 | 729.92 |
| 05/09 | Card Purchase 4579 | 05/09 Amazon Mktplace Pmts Amzn.Com/Bill WA | - 42.91 | 687.01 |
| 05/09 | Recurring Card Purchase 05/08 Payan Pool Service 619-449-1392 CA Card 4579 | | - 100.00 | 587.01 |
| 05/09 | Southwest Gas App | PPD ID: 4880085720 | - 30.35 | 556.66 |
| 05/10 | Deposit 1479426529 | | **4,000.00** | 4,556.66 |
| 05/10 | Card Purchase | 05/09 United Pacific 8581 Alpine CA Card 8909 | - 42.88 | 4,513.78 |
| 05/10 | Card Purchase | 05/10 J's Great Cuts Santee CA Card 4579 | - 25.00 | 4,488.78 |

EXHIBIT "A"


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/30 | Card Purchase With Pin  05/28 Shell Service Station Alpine CA Card 6325 | -39.75 | 6,651.74 |
| 05/30 | Card Purchase With Pin  05/29 Goodwill Industries #4 Alpine CA Card 8909 | -100.00 | 6,551.74 |
| 05/30 | Card Purchase With Pin  05/29 Pepboys Store # 813 20 El Cajon CA Card 6325 | -179.86 | 6,371.88 |
| 05/30 | Card Purchase          05/30 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 6,366.89 |
| 05/30 | Card Purchase With Pin  05/29 Petco 924 El Cajon CA Card 6325 | -121.94 | 6,244.95 |
| 05/30 | Card Purchase          05/29 Synfast Oil Change El Cajon CA Card 6325 | -108.91 | 6,136.04 |
| 05/30 | Card Purchase          05/29 Kaelins Car Wash El Cajon CA Card 6325 | -12.00 | 6,124.04 |
| 05/30 | Check              # 2217 | -1,500.00 | 4,624.04 |
| 05/30 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | -900.00 | 3,724.04 |
| 05/30 | Recurring Card Purchase 05/26 Netflix.Com Netflix.Com CA Card 6325 | -9.99 | 3,714.05 |
| 05/31 | Card Purchase          05/30 Jack IN The Box 3033 El Cajon CA Card 6325 | -5.04 | 3,709.01 |
| 05/31 | Card Purchase          05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -1.29 | 3,707.72 |
| 05/31 | Card Purchase          05/30 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 3,706.65 |
| 05/31 | Card Purchase          05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -0.99 | 3,705.66 |
| 05/31 | Card Purchase          05/31 Pep Boys Online 800-Pepboys PA Card 6325 | -43.83 | 3,661.83 |
| 06/01 | Card Purchase          05/31 Ba@Petco      51312726 San Diego CA Card 6325 | -7.43 | 3,654.40 |
| 06/01 | Card Purchase          06/01 Aa Pool Service & Rep 619-507-2849 CA Card 6325 | -140.00 | 3,514.40 |
| 06/01 | Chase Quickpay Electronic Transfer 6263325749 To Farzin Alavi Use This One | -3,110.00 | 404.40 |
| 06/01 | Card Purchase With Pin  06/01 Albertsons Store  0704 Alpine CA Card 6325 | -270.51 | 133.89 |
| 06/02 | Online Transfer From Mma ...3890 Transaction#: 6268989721 | **1,700.00** | 1,833.89 |
| 06/02 | Card Purchase          06/02 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,828.90 |
| 06/02 | Card Purchase          06/02 Cox Comm San Diego 800-234-3993 CA Card 6325 | -104.07 | 1,724.83 |
| 06/02 | Card Purchase With Pin  06/02 Barons Market Alpine CA Card 6325 | -45.53 | 1,679.30 |
| 06/05 | Card Purchase          06/03 J's Great Cuts Santee CA Card 6325 | -21.00 | 1,658.30 |
| 06/05 | Card Purchase          06/02 Rite Aid Store - 6225 Alpine CA Card 8909 | -32.77 | 1,625.53 |
| 06/05 | Card Purchase          06/03 Bloodpres 877-300-7849 TX Card 6325 | -29.99 | 1,595.54 |
| 06/05 | Card Purchase          06/03 Chevron 0307165 Alpine CA Card 8909 | -49.90 | 1,545.64 |
| 06/05 | Card Purchase          06/05 Vudu.Com 408-492-1010 CA Card 8909 | -6.99 | 1,538.65 |
| 06/05 | Card Purchase          06/05 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,533.66 |
| 06/05 | Goldenstate/Bve  Payment          PPD ID: 2951243678 | -48.32 | 1,485.34 |
| 06/05 | Southwest Gas    App          PPD ID: 4880085720 | -7.64 | 1,477.70 |
| 06/06 | Card Purchase          06/05 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 1,476.63 |
| 06/07 | Card Purchase          06/05 Barons Market Alpin Alpine CA Card 8909 | -129.30 | 1,347.33 |
| 06/07 | Card Purchase          06/06 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -10.68 | 1,336.65 |
| 06/07 | Card Purchase          06/06 Ba@Petco      51312726 San Diego CA Card 6325 | -10.92 | 1,325.73 |
| 06/07 | Card Purchase          06/07 Vudu.Com 408-492-1010 CA Card 8909 | -14.99 | 1,310.74 |
| 06/07 | Card Purchase With Pin  06/07 Albertsons Store  0704 Alpine CA Card 8909 | -391.06 | 919.68 |
| 06/08 | Card Purchase          06/06 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.14 | 917.54 |
| 06/08 | Card Purchase          06/07 IN *American Cosmetic 888-9205311 AL Card 8909 | -97.00 | 820.54 |
| 06/08 | Card Purchase With Pin  06/08 USA 63098 El Cajon CA Card 6325 | -69.00 | 751.54 |




# TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/12 | Card Purchase          07/11 76 - United Pacific 858 Alpine CA Card 8909 | - 43.93 | 2,269.54 |
| 07/12 | Card Purchase With Pin  07/12 7-Eleven San Diego CA Card 4579 | - 4.78 | 2,264.76 |
| 07/12 | Card Purchase With Pin  07/12 Cvs/Pharmacy #03 03025 Alpine CA Card 4579 | - 34.43 | 2,230.33 |
| 07/12 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | - 900.00 | 1,330.33 |
| 07/12 | Recurring Card Purchase 07/11 Amazonprime Membersh Amzn.Com/Prme WA Card 4579 | - 106.92 | 1,223.41 |
| 07/13 | Card Purchase          07/11 Barons Market Alpin Alpine CA Card 8909 | - 54.52 | 1,168.89 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 1.29 | 1,167.60 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 4.99 | 1,162.61 |
| 07/13 | Card Purchase          07/12 Ba@Petco      51312726 San Diego CA Card 4579 | - 9.82 | 1,152.79 |
| 07/13 | Card Purchase With Pin  07/13 7-Eleven San Diego CA Card 4579 | - 5.92 | 1,146.87 |
| 07/14 | Card Purchase          07/13 Wal-Mart #2253 El Cajon CA Card 8909 | - 106.17 | 1,040.70 |
| 07/14 | Card Purchase          07/13 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.50 | 1,030.20 |
| 07/14 | Card Purchase          07/14 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 1,026.21 |
| 07/14 | Recurring Card Purchase 07/14 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 4579 | - 204.88 | 821.33 |
| 07/15 | Card Purchase          07/13 Barons Market Alpin Alpine CA Card 8909 | - 115.61 | 705.72 |
| 07/15 | Card Purchase          07/14 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.92 | 694.80 |
| 07/15 | Card Purchase          07/14 76 - United Pacific 297 Poway CA Card 4579 | - 42.35 | 652.45 |
| 07/15 | Card Purchase With Pin  07/15 Barons Market Alpine CA Card 4579 | - 73.05 | 579.40 |
| 07/15 | Recurring Card Purchase 07/15 Geico  *Auto 800-841-3000 DC Card 4579 | - 132.80 | 446.60 |
| 07/18 | ODP Transfer From Savings 000002915963890 | 40.24 | 486.84 |
| 07/18 | Card Purchase          07/15 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.76 | 476.08 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 473.09 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 469.10 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 465.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 41.00 | 424.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 21.58 | 402.53 |
| 07/18 | Card Purchase          07/18 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 399.54 |
| 07/18 | Card Purchase With Pin  07/18 7-Eleven San Antonio TX Card 4579 | - 28.88 | 370.66 |
| 07/18 | Usaa P&C Ext   Autopay   600700246      Tel ID: Usaa-PC | - 340.71 | 29.95 |
| 07/18 | Recurring Card Purchase 07/16 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | 10.00 |
| 07/18 | Overdraft Protection Transfer Fee | - 10.00 | 0.00 |
| 07/19 | ATM Check Deposit       07/19 1271 Tavern Rd Alpine CA Card 8909 | 300.00 | 300.00 |
| 07/19 | ATM Cash Deposit        07/19 8235 State Highway 151 San Antonio TX Card 4579 | 300.00 | 600.00 |
| 07/19 | Recurring Card Purchase 07/19 Dtv*Directv Service 800-347-3288 CA Card 4579 | - 205.29 | 394.71 |
| 07/21 | Card Purchase          07/20 Whiskey Cake - LA Cante 0001 TX Card 4579 | - 20.70 | 374.01 |
| 07/21 | Card Purchase With Pin  07/21 #06704 Albertsons Alpine CA Card 4579 | - 197.49 | 176.52 |



# TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 08/08 | Check                    # 2202 | - 3,050.00 | 3,275.39 |
| 08/08 | Recurring Card Purchase 08/08 Hellofresh New York City NY Card 8909 | - 129.00 | 3,146.39 |
| 08/08 | Goldenstate/Bve  Payment              PPD ID: 2951243678 | - 74.70 | 3,071.69 |
| 08/08 | Southwest Gas     App               PPD ID: 4880085720 | - 18.17 | 3,053.52 |
| 08/09 | Card Purchase          08/08 Sq *Billing Enterpris 877-417-4551 AZ Card 4579 | - 352.60 | 2,700.92 |
| 08/09 | Card Purchase          08/08 Ba@Petco        51312726 San Diego CA Card 4579 | - 10.50 | 2,690.42 |
| 08/09 | Card Purchase          08/09 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 2,687.43 |
| 08/09 | Card Purchase With Pin  08/09 Barons Market Alpine CA Card 4579 | - 110.89 | 2,576.54 |
| 08/09 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | - 900.00 | 1,676.54 |
| 08/10 | Card Purchase          08/09 Chevron 0307165 Alpine CA Card 4579 | - 37.00 | 1,639.54 |
| 08/11 | ATM Check Deposit       08/11 1271 Tavern Rd Alpine CA Card 8909 | **674.78** | 2,314.32 |
| 08/11 | Card Purchase          08/10 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 9.99 | 2,304.33 |
| 08/11 | Card Purchase          08/11 Vudu.Com 408-492-1010 CA Card 4579 | - 29.99 | 2,274.34 |
| 08/11 | Card Purchase With Pin  08/11 Rite Aid Store - 6225 Alpine CA Card 4579 | - 32.14 | 2,242.20 |
| 08/12 | Deposited Item Returned       NSF 1St      099014811 # of Items00001Ck#:0000020522                    Dep Amt0000067478     Dep Date081116Ck Amt0000067478 Svc Fee001200 | - 674.78 | 1,567.42 |
| 08/12 | Card Purchase          08/10 Sears.Com 9301 847-286-1940 IL Card 8909 | - 49.99 | 1,517.43 |
| 08/12 | Card Purchase          08/11 Shell Oil 57442714804 Alpine CA Card 4579 | - 46.00 | 1,471.43 |
| 08/12 | Card Purchase          08/11 Pilot Ehrenberg AZ Card 4579 | - 17.78 | 1,453.65 |
| 08/12 | Check                    # 2203 | - 1,500.00 | -46.35 |
| 08/12 | Deposit Item Returned Fee: 01 NSF 1St        099014811 # of Items00001Ck#:0000020522                    Dep Amt0000067478     Dep Date081116Ck Amt0000001200 Svc Fee001200 | - 12.00 | -58.35 |
| 08/12 | Insufficient Funds Fee For Check #2203 IN The Amount of $1,500.00 | - 34.00 | -92.35 |
| 08/15 | Card Purchase Return    08/12 Sears.Com 9301 Hoffman Estat IL Card 8909 | **49.99** | -42.36 |
| 08/15 | Card Purchase          08/12 Island Inn Hotel Lake Havasu AZ Card 4579 | - 59.22 | -101.58 |
| 08/15 | Recurring Card Purchase 08/15 Hellofresh New York City NY Card 8909 | - 129.00 | -230.58 |
| 08/15 | Insufficient Funds Fee For A $129.00 Recurring Card Purchase - Details: 0815Hellofresh New York City NY     04411037133288909 | - 34.00 | -264.58 |
| 08/16 | ATM Check Deposit       08/16 1271 Tavern Rd Alpine CA Card 8909 | **674.78** | 410.20 |
| 08/16 | Card Purchase With Pin  08/16 Barons Market Alpine CA Card 4579 | - 76.27 | 333.93 |
| 08/16 | Card Purchase With Pin  08/16 Rite Aid Store - 6225 Alpine CA Card 8909 | - 28.06 | 305.87 |
| 08/17 | Card Purchase          08/17 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 290.88 |
| 08/17 | Card Purchase With Pin  08/17 Double S Tack & Feed El Cajon CA Card 8909 | - 84.83 | 206.05 |
| 08/17 | Card Purchase With Pin  08/17 Barons Market Alpine CA Card 4579 | - 22.66 | 183.39 |
| 08/18 | Card Purchase          08/17 Chevron 0307165 Alpine CA Card 4579 | - 40.01 | 143.38 |
| 08/18 | Card Purchase          08/17 Ba@Petco        51312726 San Diego CA Card 4579 | - 9.91 | 133.47 |
| 08/18 | Usaa P&C Ext     Autopay    600700246      Tel ID: Usaa-PC | - 340.63 | -207.16 |
| 08/18 | Recurring Card Purchase 08/17 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | -227.11 |
| 08/18 | Insufficient Funds Fee For A $340.63 Item - Details: Usaa P&C Ext Autopay    600700246     Tel ID: Usaa-PC | - 34.00 | -261.11 |
| 08/18 | Insufficient Funds Fee For A $19.95 Recurring Card Purchase - Details: 0817Abc*Crunch Fitness 888-8279262 CA   04411037130034579 | - 34.00 | -295.11 |
| 08/19 | Petco Animal Sup Direct Dep         PPD ID: 9111111103 | **3,574.01** | 3,278.90 |


# TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 09/28 | Card Purchase With Pin 09/28 Petco 581 San Diego CA Card 4579 | - 29.29 | 608.19 |
| 09/28 | N. G. S. Enterpr 3Meds26252 PPD ID: 1000115617 | - 352.60 | 255.59 |
| 09/29 | Card Purchase 09/28 Ba@Petco 51312726 San Diego CA Card 4579 | - 12.64 | 242.95 |
| 09/29 | Card Purchase 09/29 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 227.96 |
| 09/30 | ATM Check Deposit 09/30 1271 Tavern Rd Alpine CA Card 4579 | **800.00** | 1,027.96 |
| 09/30 | Petco Animal Sup Direct Dep PPD ID: 9111111103 | **3,318.52** | 4,346.48 |
| 09/30 | Card Purchase 09/29 Chevron 0307165 Alpine CA Card 4579 | - 42.01 | 4,304.47 |
| 09/30 | Card Purchase 09/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 0.99 | 4,303.48 |
| 09/30 | Card Purchase 09/29 Ba@Petco 51312726 San Diego CA Card 4579 | - 10.75 | 4,292.73 |
| 09/30 | Card Purchase 09/29 Ave C Mkt 8889790062 Troy MI Card 4579 | - 3.08 | 4,289.65 |
| 09/30 | Card Purchase 09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 4,267.66 |
| 09/30 | Card Purchase 09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 6.99 | 4,260.67 |
| 09/30 | Card Purchase With Pin 09/30 United Pacific 2 Poway CA Card 4579 | - 3.92 | 4,256.75 |
| 10/03 | Card Purchase 09/30 Exxonmobil 99047805 El Cajon CA Card 8909 | - 4.78 | 4,251.97 |
| 10/03 | Card Purchase 09/30 Exxonmobil 99047805 El Cajon CA Card 8909 | - 50.23 | 4,201.74 |
| 10/03 | Card Purchase 09/30 Ba@Petco 51312726 San Diego CA Card 4579 | - 11.45 | 4,190.29 |
| 10/03 | Card Purchase 09/30 Iowa Meats San Diego CA Card 8909 | - 69.74 | 4,120.55 |
| 10/03 | Card Purchase 09/30 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 4,118.47 |
| 10/03 | Card Purchase 10/01 Aa Pool Service & Rep 619-507-2849 CA Card 4579 | - 240.00 | 3,878.47 |
| 10/03 | Card Purchase 10/01 Amazon.Com Amzn.Com/Bill WA Card 4579 | - 85.85 | 3,792.62 |
| 10/03 | Card Purchase 10/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4579 | - 56.98 | 3,735.64 |
| 10/03 | Card Purchase 10/02 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 3,713.65 |
| 10/03 | Card Purchase With Pin 10/03 Goodwill Industries #2 Santee CA Card 8909 | - 31.48 | 3,682.17 |
| 10/03 | Card Purchase With Pin 10/03 Kohls 0756 9412 Missio Santee CA Card 4579 | - 194.39 | 3,487.78 |
| 10/03 | Card Purchase With Pin 10/03 Barons Market Alpine CA Card 4579 | - 64.79 | 3,422.99 |
| 10/03 | Recurring Card Purchase 10/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | - 89.87 | 3,333.12 |
| 10/04 | Card Purchase 10/03 Ba@Petco 51312726 San Diego CA Card 4579 | - 10.43 | 3,322.69 |
| 10/04 | Card Purchase 10/03 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 3,320.61 |
| 10/04 | Card Purchase With Pin 10/04 United Pacific 2 Poway CA Card 4579 | - 4.92 | 3,315.69 |
| 10/04 | Card Purchase With Pin 10/04 #06704 Albertsons Alpine CA Card 4579 | - 101.17 | 3,214.52 |
| 10/04 | Recurring Card Purchase 10/03 Ady*Hellofresh Www.Hellofres NY Card 8909 | - 129.00 | 3,085.52 |
| 10/04 | Southwest Gas App PPD ID: 4880085720 | - 16.62 | 3,068.90 |
| 10/05 | Online Transfer From Mma ...3890 Transaction#: 5710316053 | **1,700.00** | 4,768.90 |
| 10/05 | Chase Quickpay Electronic Transfer 5699247035 From Colton Cranston | **895.00** | 5,663.90 |
| 10/05 | Card Purchase 10/04 Ba@Petco 51312726 San Diego CA Card 4579 | - 10.75 | 5,653.15 |
| 10/05 | Card Purchase 10/05 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 5,650.16 |
| 10/05 | Seterus, Inc. Payment Peter Philp Tel ID: 9239039002 | - 900.00 | 4,750.16 |
| 10/05 | Goldenstate/Bve Payment PPD ID: 2951243678 | - 73.85 | 4,676.31 |
| 10/06 | Card Purchase 10/06 Vudu.Com 408-492-1010 CA Card 4579 | - 9.99 | 4,666.32 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/21 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | - 900.00 | 521.09 |
| 12/22 | Card Purchase          12/21 Zumiez #254 El Cajon CA Card 8909 | - 111.56 | 409.53 |
| 12/22 | Card Purchase With Pin  12/22 #06704 Albertsons Alpine CA Card 6325 | - 338.02 | 71.51 |
| 12/23 | Petco Animal Sup Direct Dep          PPD ID: 9111111103 | 3,318.52 | 3,390.03 |
| 12/23 | Card Purchase          12/23 Vudu.Com 408-492-1010 CA Card 8909 | - 4.99 | 3,385.04 |
| 12/23 | Interest Payment | 0.02 | 3,385.06 |
| | **Ending Balance** | | **$3,385.06** |



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for<br>This Period | Total<br>Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

PETER L PHILP

OR DAWN M PHILP

Account Number: 000002915963890

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$26.97** |
| Deposits and Additions | 1,694.66 |
| Electronic Withdrawals | -1,700.00 |
| **Ending Balance** | **$21.63** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.14 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$26.97** |
| 12/01 | Vacp Treas 310  Xxva Benef          PPD ID: 9111036002 | 1,447.71 | 1,474.68 |
| 12/01 | Dfas-Cleveland  Ret Net          PPD ID: 3041036004 | 246.95 | 1,721.63 |
| 12/01 | 12/01 Online Transfer To Chk ...5151 Transaction#: 5837197015 | - 1,700.00 | 21.63 |
| | **Ending Balance** | | **$21.63** |

# EXIHIBIT B

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Feb 28, 2018 | 2164 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC ©2018 JPMorgan Chase & Co. Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back



| Post date | Check # | Check amount |
| --- | --- | --- |
| Sep 7, 2017 | 2151 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC     ©2018 JPMorgan Chase & Co.     Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back

| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Sep 21, 2017 | 2152 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender 🏠

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 22, 2017 | 2157 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC            ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back

| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Dec 29, 2017 | 2160 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂