David A. Pomeranz, SBN #182510
270 East Douglas Avenue
El Cajon, CA 92020-4514
Tel: 619-741-3775
Fax: 619-761-5900

Attorneys for Debtors
Peter Lobdell Philp and Dawn Marie Philp,


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Peter Lobdell Philp and Dawn Marie Philp,<br><br>    Debtors.<br>_____<br>US Bank Trust N.A., as trustee of Bungalow Series F Trust, its successors and assigns,<br><br>    Movants,<br><br>Peter Lobdell Philip, II and Dawn Marie Philip, Debtors; Thomas H. Billingslea, Trustee,<br><br>    Respondents. | Case No. 15-01149-LT-13<br>CHAPTER: 13<br><br>DECLARATION OF DAVID A. POMERANZ IN OPPOSITION TO ENTRY OF LODGED ORDER (AP-1)<br><br><br>PROPERTY: 1012 W Rainbow Blvd., Big Bear City, CA 92314<br><br>Hon. Laura S. Taylor. |

I, David A. Pomeranz, Declare as follows:

1.    I am the attorney of record for the Debtors in this matter and have been in such capacity since the inception of this instant case.

2.    On March 14, 2018, I provided to counsel for Movant copies of 5 canceled checks, both front and back, showing payment to Movant's purported current servicer BSI from Debtor for payment on the loan for

the subject property located at 1012 West Rainbow
Blvd., Big Bear City, CA.  Exhibit "B".

3.  In addition, I also provided bank statements to
    counsel showing payments to previous servicer Seterus
    from the Debtors.  Exhibit "A".

4.  Counsel for Movants did not respond to my submission
    of proof of payment.

5.  I have read the declaration of Mr. Raymond Valderrama
    and find that it conflicts with the evidence
    provided.  Mr. Valderrama indicates at Page 3,
    Paragraph 8, lines 13-15, which indicate Debtors have
    failed to remit their January 1, 2017 payment and all
    subsequent payments.  However, the proofs I previous
    supplied to counsel negate that statement.  Post-
    January 1, 2017 canceled checks, front and back, were
    provided by me to counsel for Movant four months
    prior to the lodgment of the underlying order.

6.  At no time did either counsel object to, question or
    oppose the proofs I provided to them.

7.  I also take exception to Mr. Valderrama's declaration
    at page 3, paragraph 10, lines 19 and 20 whereby the
    Declarant states that "Debtors counsel and Movant
    have reviewed all proof of payment provided by
    Debtors and has confirmed that the Debtors are not
    current."  I have confirmed no such thing; rather,
    the proof provided shows payments have in fact been
    made.

1      8.    Based on the fact that payments have been made and

2          the supporting declaration is factually flawed and in

3          error, Debtors object to the entry of the order.

4      9.    I declare under penalty of perjury the foregoing is

5          true and correct to the best of my knowledge and

6          recollection.

7

8  Respectfully submitted,

9

10  DATED:  July 20, 2018

/s/ David A. Pomeranz

David A. Pomeranz
Attorney for Debtors
Peter and Dawn Philp

# EXIHIBIT A


Your account ending in 3890 is linked to this account for overdraft protection.

Interest paid in 2016 for account 000000137215151 was $0.32.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2147 ^ | 03/20 | $88.00 |
| 2148 ^ | 03/21 | 100.00 |
| 2213 * ^ | 03/09 | 1,500.00 |
| 2214 ^ | 03/20 | 2,000.00 |
| **Total Checks Paid** | | **$3,688.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$6,957.34** |
| 02/27 | Card Purchase 8909   02/25 IN *American Cosmetic 888-9205311 AL Card | -47.00 | 6,910.34 |
| 02/27 | Card Purchase   02/25 Jimbo's Naturally San Diego CA Card 8909 | -3.95 | 6,906.39 |
| 02/27 | Card Purchase 8909   02/26 Amazon Services-Kindl 866-321-8851 WA Card | -2.99 | 6,903.40 |
| 02/27 | Card Purchase 8909   02/26 Amazon Services-Kindl 866-321-8851 WA Card | -43.91 | 6,859.49 |
| 02/27 | Recurring Card Purchase 02/26 Netflix.Com Netflix.Com CA Card 6325 | -9.99 | 6,849.50 |
| 02/28 | Card Purchase 6325   02/27 Ba@Petco   51312726 San Diego CA Card | -8.87 | 6,840.63 |
| 02/28 | Card Purchase   02/27 76 - United Pacific 297 Poway CA Card 6325 | -49.00 | 6,791.63 |
| 02/28 | Card Purchase With Pin  02/28 Wm Superc Wal-Mart S El Cajon (Eas CA Card 6325 | -222.12 | 6,569.51 |
| 02/28 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | -900.00 | 5,669.51 |
| 02/28 | N. G. S. Enterpr 3Meds26408     PPD ID: 1330903620 | -367.60 | 5,301.91 |
| 03/01 | Card Purchase   02/27 Barons Market Alpin Alpine CA Card 8909 | -66.20 | 5,235.71 |
| 03/01 | Card Purchase   02/28 Chevron 0307165 Alpine CA Card 6325 | -41.00 | 5,194.71 |
| 03/01 | Card Purchase 6325   02/28 Ba@Petco   51312726 San Diego CA Card | -9.54 | 5,185.17 |
| 03/01 | Card Purchase 6325   03/01 Aa Pool Service & Rep 619-507-2849 CA Card | -124.00 | 5,061.17 |
| 03/01 | Chase Quickpay Electronic Transfer 6045075469 To Farzin Alavi Use This One | -3,050.00 | 2,011.17 |
| 03/02 | Franchise Tax Bd Casttaxrfd     PPD ID: 9282532045 | **2,043.00** | 4,054.17 |
| 03/02 | Card Purchase   02/28 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.04 | 4,052.13 |
| 03/02 | Card Purchase 6325   03/01 Ba@Petco   51312726 San Diego CA Card | -6.70 | 4,045.43 |
| 03/02 | Card Purchase With Pin  03/02 Cvs/Pharm 03025--1385 Alpine CA Card 6325 | -14.93 | 4,030.50 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 04/28 | Card Purchase | 04/26 Jr Home Products Ltd Burnaby BC Card 4579 | - 20.01 | 2,458.31 |
| 04/28 | Card Purchase 4579 | 04/26 Tigris Mediteranean Gri San Diego CA Card | - 30.00 | 2,428.31 |
| 04/29 | Sharp Healthcare PR Payment | PPD ID: 1956077327 | **3,635.96** | 6,064.27 |
| 04/29 | Card Purchase | 04/27 Full Throttle Powerspor Santee CA Card 4579 | - 577.01 | 5,487.26 |
| 04/29 | Card Purchase | 04/27 USA 63106 Santee CA Card 4579 | - 43.00 | 5,444.26 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 64.33 | 5,379.93 |
| 04/29 | Card Purchase | 04/29 Chevron 0099752 Barstow CA Card 4579 | - 11.25 | 5,368.68 |
| 04/29 | Card Purchase With Pin | 04/28 Chevron/Csi-099752/149 Barstow CA Card | - 6.73 | 5,361.95 |
| 04/29 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | | - 900.00 | 4,461.95 |
| 05/02 | Card Purchase 4579 | 04/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 0.99 | 4,460.96 |
| 05/02 | Card Purchase 4579 | 04/30 Papas Leather Barn LLC Bethany OK Card | - 171.88 | 4,289.08 |
| 05/02 | Card Purchase With Pin | 04/30 503 Dockside Mkt Laughlin NV Card 4579 | - 21.17 | 4,267.91 |
| 05/02 | Card Purchase 4579 | 05/01 Apl* Itunes.Com/Bill 866-712-7753 CA Card | - 63.98 | 4,203.93 |
| 05/02 | Non-Chase ATM Withdraw 4579 | 04/30 2020 S Casino Drive Laughlin NV Card | - 204.25 | 3,999.68 |
| 05/02 | Card Purchase With Pin | 05/02 Barons Market Alpine CA Card 4579 | - 51.46 | 3,948.22 |
| 05/03 | Card Purchase | 04/29 Pints Laughlin NV Card 4579 | - 86.07 | 3,862.15 |
| 05/03 | Card Purchase With Pin | 05/03 Vcn*Kearney Mes San Diego CA Card 4579 | - 58.50 | 3,803.65 |
| 05/03 | Recurring Card Purchase 05/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | | - 89.88 | 3,713.77 |
| 05/04 | Online Transfer From Mma ...3890 Transaction#: 5372723707 | | **1,000.00** | 4,713.77 |
| 05/04 | Card Purchase | 05/02 Colorado Belle Resort Laughlin NV Card 4579 | - 538.96 | 4,174.81 |
| 05/04 | Card Purchase 4579 | 05/03 Amazon Services-Kindl 866-321-8851 WA Card | - 3.03 | 4,171.78 |
| 05/04 | Card Purchase | 05/03 Audible US 888-283-5051 NJ Card 4579 | - 1.99 | 4,169.79 |
| 05/05 | ODP Transfer From Savings 000002915963890 | | **450.00** | 4,619.79 |
| 05/05 | Card Purchase | 05/04 Tradesy Www.Tradesy.C CA Card 4579 | - 1,235.00 | 3,384.79 |
| 05/05 | Card Purchase With Pin | 05/05 Barons Market Alpine CA Card 4579 | - 92.80 | 3,291.99 |
| 05/05 | Check | # 2120 | - 3,050.00 | 241.99 |
| 05/05 | SD Gas Elec | Paid Sdge 8986535182   Web ID: 5951184800 | - 226.11 | 15.88 |
| 05/05 | Overdraft Protection Transfer Fee | | - 10.00 | 5.88 |
| 05/06 | Deposit   1479426504 | | **674.78** | 680.66 |
| 05/06 | Online Transfer From Mma ...3890 Transaction#: 5377786522 | | **450.00** | 1,130.66 |
| 05/06 | Card Purchase With Pin | 05/06 Shell Service Station El Cajon CA Card 4579 | - 50.00 | 1,080.66 |
| 05/06 | Goldenstate/Bve  Payment | PPD ID: 2951243678 | - 58.89 | 1,021.77 |
| 05/09 | Card Purchase With Pin | 05/07 Wal-Mart Super Cente El Cajon (Eas CA Card 4579 | - 291.85 | 729.92 |
| 05/09 | Card Purchase Card 4579 | 05/09 Amazon Mktplace Pmts Amzn.Com/Bill WA | - 42.91 | 687.01 |
| 05/09 | Recurring Card Purchase 05/08 Payan Pool Service 619-449-1392 CA Card 4579 | | - 100.00 | 587.01 |
| 05/09 | Southwest Gas   App | PPD ID: 4880085720 | - 30.35 | 556.66 |
| 05/10 | Deposit   1479426529 | | **4,000.00** | 4,556.66 |
| 05/10 | Card Purchase | 05/09 United Pacific 8581 Alpine CA Card 8909 | - 42.88 | 4,513.78 |
| 05/10 | Card Purchase | 05/10 J's Great Cuts Santee CA Card 4579 | - 25.00 | 4,488.78 |

EXHIBIT "A"



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/30 | Card Purchase With Pin  05/28 Shell Service Station Alpine CA Card 6325 | -39.75 | 6,651.74 |
| 05/30 | Card Purchase With Pin  05/29 Goodwill Industries #4 Alpine CA Card 8909 | -100.00 | 6,551.74 |
| 05/30 | Card Purchase With Pin  05/29 Pepboys Store # 813 20 El Cajon CA Card 6325 | -179.86 | 6,371.88 |
| 05/30 | Card Purchase        05/30 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 6,366.89 |
| 05/30 | Card Purchase With Pin  05/29 Petco 924 El Cajon CA Card 6325 | -121.94 | 6,244.95 |
| 05/30 | Card Purchase        05/29 Synfast Oil Change El Cajon CA Card 6325 | -108.91 | 6,136.04 |
| 05/30 | Card Purchase        05/29 Kaelins Car Wash El Cajon CA Card 6325 | -12.00 | 6,124.04 |
| 05/30 | Check        # 2217 | -1,500.00 | 4,624.04 |
| 05/30 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | -900.00 | 3,724.04 |
| 05/30 | Recurring Card Purchase 05/26 Netflix.Com Netflix.Com CA Card 6325 | -9.99 | 3,714.05 |
| 05/31 | Card Purchase        05/30 Jack IN The Box 3033 El Cajon CA Card 6325 | -5.04 | 3,709.01 |
| 05/31 | Card Purchase        05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -1.29 | 3,707.72 |
| 05/31 | Card Purchase        05/30 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 3,706.65 |
| 05/31 | Card Purchase        05/31 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -0.99 | 3,705.66 |
| 05/31 | Card Purchase        05/31 Pep Boys Online 800-Pepboys PA Card 6325 | -43.83 | 3,661.83 |
| 06/01 | Card Purchase        05/31 Ba@Petco        51312726 San Diego CA Card 6325 | -7.43 | 3,654.40 |
| 06/01 | Card Purchase        06/01 Aa Pool Service & Rep 619-507-2849 CA Card 6325 | -140.00 | 3,514.40 |
| 06/01 | Chase Quickpay Electronic Transfer 6263325749 To Farzin Alavi Use This One | -3,110.00 | 404.40 |
| 06/01 | Card Purchase With Pin  06/01 Albertsons Store  0704 Alpine CA Card 6325 | -270.51 | 133.89 |
| 06/02 | Online Transfer From Mma ...3890 Transaction#: 6268989721 | **1,700.00** | 1,833.89 |
| 06/02 | Card Purchase        06/02 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,828.90 |
| 06/02 | Card Purchase        06/02 Cox Comm San Diego 800-234-3993 CA Card 6325 | -104.07 | 1,724.83 |
| 06/02 | Card Purchase With Pin  06/02 Barons Market Alpine CA Card 6325 | -45.53 | 1,679.30 |
| 06/05 | Card Purchase        06/03 J's Great Cuts Santee CA Card 6325 | -21.00 | 1,658.30 |
| 06/05 | Card Purchase        06/02 Rite Aid Store - 6225 Alpine CA Card 8909 | -32.77 | 1,625.53 |
| 06/05 | Card Purchase        06/03 Bloodpres 877-300-7849 TX Card 6325 | -29.99 | 1,595.54 |
| 06/05 | Card Purchase        06/03 Chevron 0307165 Alpine CA Card 8909 | -49.90 | 1,545.64 |
| 06/05 | Card Purchase        06/05 Vudu.Com 408-492-1010 CA Card 8909 | -6.99 | 1,538.65 |
| 06/05 | Card Purchase        06/05 Vudu.Com 408-492-1010 CA Card 8909 | -4.99 | 1,533.66 |
| 06/05 | Goldenstate/Bve  Payment        PPD ID: 2951243678 | -48.32 | 1,485.34 |
| 06/05 | Southwest Gas    App        PPD ID: 4880085720 | -7.64 | 1,477.70 |
| 06/06 | Card Purchase        06/05 Ave C Mkt 8889790062 Troy MI Card 6325 | -1.07 | 1,476.63 |
| 06/07 | Card Purchase        06/05 Barons Market Alpin Alpine CA Card 8909 | -129.30 | 1,347.33 |
| 06/07 | Card Purchase        06/06 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6325 | -10.68 | 1,336.65 |
| 06/07 | Card Purchase        06/06 Ba@Petco        51312726 San Diego CA Card 6325 | -10.92 | 1,325.73 |
| 06/07 | Card Purchase        06/07 Vudu.Com 408-492-1010 CA Card 8909 | -14.99 | 1,310.74 |
| 06/07 | Card Purchase With Pin  06/07 Albertsons Store  0704 Alpine CA Card 8909 | -391.06 | 919.68 |
| 06/08 | Card Purchase        06/06 Ave C Mkt 8889790062 Troy MI Card 6325 | -2.14 | 917.54 |
| 06/08 | Card Purchase        06/07 IN *American Cosmetic 888-9205311 AL Card 8909 | -97.00 | 820.54 |
| 06/08 | Card Purchase With Pin  06/08 USA 63098 El Cajon CA Card 6325 | -69.00 | 751.54 |





June 24, 2016 through July 26, 2016

Primary Account: **000000137215151**

# TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/12 | Card Purchase          07/11 76 - United Pacific 858 Alpine CA Card 8909 | - 43.93 | 2,269.54 |
| 07/12 | Card Purchase With Pin  07/12 7-Eleven San Diego CA Card 4579 | - 4.78 | 2,264.76 |
| 07/12 | Card Purchase With Pin  07/12 Cvs/Pharmacy #03 03025 Alpine CA Card 4579 | - 34.43 | 2,230.33 |
| 07/12 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | - 900.00 | 1,330.33 |
| 07/12 | Recurring Card Purchase 07/11 Amazonprime Membersh Amzn.Com/Prme WA Card 4579 | - 106.92 | 1,223.41 |
| 07/13 | Card Purchase          07/11 Barons Market Alpin Alpine CA Card 8909 | - 54.52 | 1,168.89 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 1.29 | 1,167.60 |
| 07/13 | Card Purchase          07/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 4.99 | 1,162.61 |
| 07/13 | Card Purchase          07/12 Ba@Petco      51312726 San Diego CA Card 4579 | - 9.82 | 1,152.79 |
| 07/13 | Card Purchase With Pin  07/13 7-Eleven San Diego CA Card 4579 | - 5.92 | 1,146.87 |
| 07/14 | Card Purchase          07/13 Wal-Mart #2253 El Cajon CA Card 8909 | - 106.17 | 1,040.70 |
| 07/14 | Card Purchase          07/13 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.50 | 1,030.20 |
| 07/14 | Card Purchase          07/14 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 1,026.21 |
| 07/14 | Recurring Card Purchase 07/14 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 4579 | - 204.88 | 821.33 |
| 07/15 | Card Purchase          07/13 Barons Market Alpin Alpine CA Card 8909 | - 115.61 | 705.72 |
| 07/15 | Card Purchase          07/14 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.92 | 694.80 |
| 07/15 | Card Purchase          07/14 76 - United Pacific 297 Poway CA Card 4579 | - 42.35 | 652.45 |
| 07/15 | Card Purchase With Pin  07/15 Barons Market Alpine CA Card 4579 | - 73.05 | 579.40 |
| 07/15 | Recurring Card Purchase 07/15 Geico  *Auto 800-841-3000 DC Card 4579 | - 132.80 | 446.60 |
| 07/18 | ODP Transfer From Savings 000002915963890 | 40.24 | 486.84 |
| 07/18 | Card Purchase          07/15 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.76 | 476.08 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 473.09 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 469.10 |
| 07/18 | Card Purchase          07/16 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 3.99 | 465.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 41.00 | 424.11 |
| 07/18 | Card Purchase With Pin  07/17 #06704 Albertsons Alpine CA Card 4579 | - 21.58 | 402.53 |
| 07/18 | Card Purchase          07/18 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 399.54 |
| 07/18 | Card Purchase With Pin  07/18 7-Eleven San Antonio TX Card 4579 | - 28.88 | 370.66 |
| 07/18 | Usaa P&C Ext    Autopay   600700246      Tel ID: Usaa-PC | - 340.71 | 29.95 |
| 07/18 | Recurring Card Purchase 07/16 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | 10.00 |
| 07/18 | Overdraft Protection Transfer Fee | - 10.00 | 0.00 |
| 07/19 | ATM Check Deposit       07/19 1271 Tavern Rd Alpine CA Card 8909 | 300.00 | 300.00 |
| 07/19 | ATM Cash Deposit        07/19 8235 State Highway 151 San Antonio TX Card 4579 | 300.00 | 600.00 |
| 07/19 | Recurring Card Purchase 07/19 Dtv*Directv Service 800-347-3288 CA Card 4579 | - 205.29 | 394.71 |
| 07/21 | Card Purchase          07/20 Whiskey Cake - LA Cante 0001 TX Card 4579 | - 20.70 | 374.01 |
| 07/21 | Card Purchase With Pin  07/21 #06704 Albertsons Alpine CA Card 4579 | - 197.49 | 176.52 |

Page 5 of 8



# TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/08 | Check                  # 2202 | - 3,050.00 | 3,275.39 |
| 08/08 | Recurring Card Purchase 08/08 Hellofresh New York City NY Card 8909 | - 129.00 | 3,146.39 |
| 08/08 | Goldenstate/Bve  Payment               PPD ID: 2951243678 | - 74.70 | 3,071.69 |
| 08/08 | Southwest Gas   App                    PPD ID: 4880085720 | - 18.17 | 3,053.52 |
| 08/09 | Card Purchase            08/08 Sq *Billing Enterpris 877-417-4551 AZ Card 4579 | - 352.60 | 2,700.92 |
| 08/09 | Card Purchase            08/08 Ba@Petco        51312726 San Diego CA Card 4579 | - 10.50 | 2,690.42 |
| 08/09 | Card Purchase            08/09 Amazon Services-Kindl 866-321-8851 WA Card 4579 | - 2.99 | 2,687.43 |
| 08/09 | Card Purchase With Pin  08/09 Barons Market Alpine CA Card 4579 | - 110.89 | 2,576.54 |
| 08/09 | Seterus, Inc.    Payment    Peter Philp    Tel ID: 9239039002 | - 900.00 | 1,676.54 |
| 08/10 | Card Purchase            08/09 Chevron 0307165 Alpine CA Card 4579 | - 37.00 | 1,639.54 |
| 08/11 | ATM Check Deposit        08/11 1271 Tavern Rd Alpine CA Card 8909 | 674.78 | 2,314.32 |
| 08/11 | Card Purchase            08/10 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 9.99 | 2,304.33 |
| 08/11 | Card Purchase            08/11 Vudu.Com 408-492-1010 CA Card 4579 | - 29.99 | 2,274.34 |
| 08/11 | Card Purchase With Pin  08/11 Rite Aid Store - 6225 Alpine CA Card 4579 | - 32.14 | 2,242.20 |
| 08/12 | Deposited Item Returned      NSF 1St      099014811 # of Items00001Ck#:0000020522                    Dep Amt0000067478     Dep Date081116Ck Amt0000067478 Svc Fee001200 | - 674.78 | 1,567.42 |
| 08/12 | Card Purchase            08/10 Sears.Com 9301 847-286-1940 IL Card 8909 | - 49.99 | 1,517.43 |
| 08/12 | Card Purchase            08/11 Shell Oil 57442714804 Alpine CA Card 4579 | - 46.00 | 1,471.43 |
| 08/12 | Card Purchase            08/11 Pilot Ehrenberg AZ Card 4579 | - 17.78 | 1,453.65 |
| 08/12 | Check                  # 2203 | - 1,500.00 | -46.35 |
| 08/12 | Deposit Item Returned Fee: 01 NSF 1St         099014811 # of Items00001Ck#:0000020522                    Dep Amt0000067478     Dep Date081116Ck Amt0000001200 Svc Fee001200 | - 12.00 | -58.35 |
| 08/12 | Insufficient Funds Fee For Check #2203 IN The Amount of $1,500.00 | - 34.00 | -92.35 |
| 08/15 | Card Purchase Return     08/12 Sears.Com 9301 Hoffman Estat IL Card 8909 | 49.99 | -42.36 |
| 08/15 | Card Purchase            08/12 Island Inn Hotel Lake Havasu AZ Card 4579 | - 59.22 | -101.58 |
| 08/15 | Recurring Card Purchase 08/15 Hellofresh New York City NY Card 8909 | - 129.00 | -230.58 |
| 08/15 | Insufficient Funds Fee For A $129.00 Recurring Card Purchase - Details: 0815Hellofresh New York City NY      04411037133288909 | - 34.00 | -264.58 |
| 08/16 | ATM Check Deposit        08/16 1271 Tavern Rd Alpine CA Card 8909 | 674.78 | 410.20 |
| 08/16 | Card Purchase With Pin  08/16 Barons Market Alpine CA Card 4579 | - 76.27 | 333.93 |
| 08/16 | Card Purchase With Pin  08/16 Rite Aid Store - 6225 Alpine CA Card 8909 | - 28.06 | 305.87 |
| 08/17 | Card Purchase            08/17 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 290.88 |
| 08/17 | Card Purchase With Pin  08/17 Double S Tack & Feed El Cajon CA Card 8909 | - 84.83 | 206.05 |
| 08/17 | Card Purchase With Pin  08/17 Barons Market Alpine CA Card 4579 | - 22.66 | 183.39 |
| 08/18 | Card Purchase            08/17 Chevron 0307165 Alpine CA Card 4579 | - 40.01 | 143.38 |
| 08/18 | Card Purchase            08/17 Ba@Petco        51312726 San Diego CA Card 4579 | - 9.91 | 133.47 |
| 08/18 | Usaa P&C Ext     Autopay    600700246      Tel ID: Usaa-PC | - 340.63 | -207.16 |
| 08/18 | Recurring Card Purchase 08/17 Abc*Crunch Fitness 888-8279262 CA Card 4579 | - 19.95 | -227.11 |
| 08/18 | Insufficient Funds Fee For A $340.63 Item - Details: Usaa P&C Ext Autopay     600700246      Tel ID: Usaa-PC | - 34.00 | -261.11 |
| 08/18 | Insufficient Funds Fee For A $19.95 Recurring Card Purchase - Details: 0817Abc*Crunch Fitness 888-8279262 CA    04411037130034579 | - 34.00 | -295.11 |
| 08/19 | Petco Animal Sup Direct Dep         PPD ID: 9111111103 | 3,574.01 | 3,278.90 |


# TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 09/28 | Card Purchase With Pin  09/28 Petco 581 San Diego CA Card 4579 | - 29.29 | 608.19 |
| 09/28 | N. G. S. Enterpr 3Meds26252          PPD ID: 1000115617 | - 352.60 | 255.59 |
| 09/29 | Card Purchase          09/28 Ba@Petco      51312726 San Diego CA Card 4579 | - 12.64 | 242.95 |
| 09/29 | Card Purchase          09/29 Vudu.Com 408-492-1010 CA Card 4579 | - 14.99 | 227.96 |
| 09/30 | ATM Check Deposit      09/30 1271 Tavern Rd Alpine CA Card 4579 | **800.00** | 1,027.96 |
| 09/30 | Petco Animal Sup Direct Dep          PPD ID: 9111111103 | **3,318.52** | 4,346.48 |
| 09/30 | Card Purchase          09/29 Chevron 0307165 Alpine CA Card 4579 | - 42.01 | 4,304.47 |
| 09/30 | Card Purchase          09/30 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4579 | - 0.99 | 4,303.48 |
| 09/30 | Card Purchase          09/29 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.75 | 4,292.73 |
| 09/30 | Card Purchase          09/29 Ave C Mkt 8889790062 Troy MI Card 4579 | - 3.08 | 4,289.65 |
| 09/30 | Card Purchase          09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 4,267.66 |
| 09/30 | Card Purchase          09/30 Vudu.Com 408-492-1010 CA Card 4579 | - 6.99 | 4,260.67 |
| 09/30 | Card Purchase With Pin  09/30 United Pacific 2 Poway CA Card 4579 | - 3.92 | 4,256.75 |
| 10/03 | Card Purchase          09/30 Exxonmobil    99047805 El Cajon CA Card 8909 | - 4.78 | 4,251.97 |
| 10/03 | Card Purchase          09/30 Exxonmobil    99047805 El Cajon CA Card 8909 | - 50.23 | 4,201.74 |
| 10/03 | Card Purchase          09/30 Ba@Petco      51312726 San Diego CA Card 4579 | - 11.45 | 4,190.29 |
| 10/03 | Card Purchase          09/30 Iowa Meats San Diego CA Card 8909 | - 69.74 | 4,120.55 |
| 10/03 | Card Purchase          09/30 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 4,118.47 |
| 10/03 | Card Purchase          10/01 Aa Pool Service & Rep 619-507-2849 CA Card 4579 | - 240.00 | 3,878.47 |
| 10/03 | Card Purchase          10/01 Amazon.Com Amzn.Com/Bill WA Card 4579 | - 85.85 | 3,792.62 |
| 10/03 | Card Purchase          10/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4579 | - 56.98 | 3,735.64 |
| 10/03 | Card Purchase          10/02 Vudu.Com 408-492-1010 CA Card 4579 | - 21.99 | 3,713.65 |
| 10/03 | Card Purchase With Pin  10/03 Goodwill Industries #2 Santee CA Card 8909 | - 31.48 | 3,682.17 |
| 10/03 | Card Purchase With Pin  10/03 Kohls 0756 9412 Missio Santee CA Card 4579 | - 194.39 | 3,487.78 |
| 10/03 | Card Purchase With Pin  10/03 Barons Market Alpine CA Card 4579 | - 64.79 | 3,422.99 |
| 10/03 | Recurring Card Purchase 10/03 Cox*Comm San Diego 619-262-1122 CA Card 4579 | - 89.87 | 3,333.12 |
| 10/04 | Card Purchase          10/03 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.43 | 3,322.69 |
| 10/04 | Card Purchase          10/03 Ave C Mkt 8889790062 Troy MI Card 4579 | - 2.08 | 3,320.61 |
| 10/04 | Card Purchase With Pin  10/04 United Pacific 2 Poway CA Card 4579 | - 4.92 | 3,315.69 |
| 10/04 | Card Purchase With Pin  10/04 #06704 Albertsons Alpine CA Card 4579 | - 101.17 | 3,214.52 |
| 10/04 | Recurring Card Purchase 10/03 Ady*Hellofresh Www.Hellofres NY Card 8909 | - 129.00 | 3,085.52 |
| 10/04 | Southwest Gas   App          PPD ID: 4880085720 | - 16.62 | 3,068.90 |
| 10/05 | Online Transfer From Mma ...3890 Transaction#: 5710316053 | **1,700.00** | 4,768.90 |
| 10/05 | Chase Quickpay Electronic Transfer 5699247035 From Colton Cranston | **895.00** | 5,663.90 |
| 10/05 | Card Purchase          10/04 Ba@Petco      51312726 San Diego CA Card 4579 | - 10.75 | 5,653.15 |
| 10/05 | Card Purchase          10/05 Vudu.Com 408-492-1010 CA Card 4579 | - 2.99 | 5,650.16 |
| <mark>10/05</mark> | <mark>Seterus, Inc.   Payment   Peter Philp      Tel ID: 9239039002</mark> | <mark>- 900.00</mark> | <mark>4,750.16</mark> |
| 10/05 | Goldenstate/Bve  Payment          PPD ID: 2951243678 | - 73.85 | 4,676.31 |
| 10/06 | Card Purchase          10/06 Vudu.Com 408-492-1010 CA Card 4579 | - 9.99 | 4,666.32 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/21 | Seterus, Inc.   Payment   Peter Philp   Tel ID: 9239039002 | - 900.00 | 521.09 |
| 12/22 | Card Purchase        12/21 Zumiez #254 El Cajon CA Card 8909 | - 111.56 | 409.53 |
| 12/22 | Card Purchase With Pin  12/22 #06704 Albertsons Alpine CA Card 6325 | - 338.02 | 71.51 |
| 12/23 | Petco Animal Sup Direct Dep        PPD ID: 9111111103 | 3,318.52 | 3,390.03 |
| 12/23 | Card Purchase        12/23 Vudu.Com 408-492-1010 CA Card 8909 | - 4.99 | 3,385.04 |
| 12/23 | Interest Payment | 0.02 | 3,385.06 |
| | **Ending Balance** | | **$3,385.06** |



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for <br> This Period | Total <br> Year-to-date |
|--|--|--|
| Total Overdraft Fees * | $.00 | $170.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

PETER L PHILP

OR DAWN M PHILP

Account Number: 000002915963890

### SAVINGS SUMMARY

| | AMOUNT |
|--|--|
| **Beginning Balance** | **$26.97** |
| Deposits and Additions | 1,694.66 |
| Electronic Withdrawals | -1,700.00 |
| **Ending Balance** | **$21.63** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.14 |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$26.97** |
| 12/01 | Vacp Treas 310  Xxva Benef        PPD ID: 9111036002 | 1,447.71 | 1,474.68 |
| 12/01 | Dfas-Cleveland  Ret Net        PPD ID: 3041036004 | 246.95 | 1,721.63 |
| 12/01 | 12/01 Online Transfer To Chk ...5151 Transaction#: 5837197015 | - 1,700.00 | 21.63 |
| | **Ending Balance** | | **$21.63** |

# EXIHIBIT B

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
| --- | --- | --- |
| Feb 28, 2018 | 2164 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2018 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back



| Post date | Check # | Check amount |
|-----------|---------|--------------|
| Sep 7, 2017 | 2151 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC            ©2018 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

Front



Back

| Post date | Check # | Check amount |
|---|---|---|
| Sep 21, 2017 | 2152 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC                    ©2018 JPMorgan Chase & Co.                              Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 22, 2017 | 2157 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC     ©2018 JPMorgan Chase & Co.     Equal Opportunity Lender ⌂

# CHASE *for* BUSINESS

Printed from Chase for Business

## Check

### Front



### Back

| Post date | Check # | Check amount |
|---|---|---|
| Dec 29, 2017 | 2160 | $900.00 |

JPMorgan Chase Bank, N.A. Member FDIC    ©2018 JPMorgan Chase & Co.    Equal Opportunity Lender ⌂