1  Kristin Zilberstein, Esq. (SBN 200041)
2  Jennifer R. Bergh, Esq., (SBN 305219)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave.
   Santa Ana, CA 92705
4  Tel: (949) 427-2010
5  Fax: (949) 427-2732
   kzilberstein@ghidottilaw.com
6
7  Attorneys for Movant,
   US Bank Trust N.A., as trustee of Bungalow Series F Trust, its successors and
8  assigns
9
10            UNITED STATES BANKRUPTCY COURT
11       SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO DIVISION
12
13  In Re:                              )  CASE NO.: 15-01149-LT13
                                        )
14  PETER LOBDELL PHILP, II AND DAWN    )  CHAPTER 13
    MARIE PHILP                         )
15                                      )  REF.: MRG-1
                                        )
16       Debtors:                       )
                                        )  SUPPLEMENTAL DECLARATION
17                                      )  RE: DEFAULT UNDER
                                        )  ADEQUATE PROTECTION
18                                      )  ORDER; REQUEST FOR ENTRY
                                        )  OF ORDER GRANTING RELIEF
19                                      )  FROM STAY
                                        )
20                                      )
                                        )  DATE: October 2, 2018
21                                      )  TIME:  3:00 p.m.
                                        )  CTRM: 3, Room 129
22                                      )  PLACE: 325 West F Street, San Diego,
                                        )      CA 92101
23                                      )   Honorable Chief Judge Laura S. Taylor
                                        )
24                                      )
                                        )
25                                      )
26  ─────────────────────────────────── )
27  I, ____Raymond Valderrama____, declare:
28
      1. I am employed by BSI Financial Services, serviving agent for US Bank Trust N.A., as

                                   1

─────────────────────────────────────────────────────────────────
DECLARATION RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF
                ORDER GRANTING RELIEF FROM STAY

1  trustee of Bungalow Series F Trust ("**Creditor**").

2  2.  I make this declaration based upon the facts testified herein, all of which are in my

3  personal knowledge, unless stated upon information and belief.  As to the statements made

4  upon information and belief, I believe them to be true.  If called as a witness, I could and

5  would competently testify thereto.

6  3.  I am personally familiar with the books, records and files of Creditor that pertain to

7  Debtor Peter Lobdell Philp and Dawn Marie Philp ("**Debtor**") concerning the property

8  commonly known as 1012 W Rainbow Blvd., Big Bear City, CA 92314 (the "**Property**"). I

9  have personally worked on books, records and files, and as to the following facts, I know

10  them to be true of my own knowledge or I have gained knowledge of them from the business

11  records of Creditor on behalf of Creditor, which were made at or about the time of the events

12  recorded, and which are maintained in the ordinary course of Creditor's business at or near

13  the time of the acts, conditions or events to which they relate. Any such document was

14  prepared in the ordinary course of business of Creditor by a person who had personal

15  knowledge of the event being recorded and had or has a business duty to record accurately

16  such event.  The business records are available for inspection and copies can be submitted to

17  the Court if required.

18  4.  On November 2, 2015, the court entered an order conditioning continuation of the

19  automatic stay in the above-entitled bankruptcy case on the performance by the Debtor of

20  certain obligation for the benefit of Creditor's predecessor in interest, Federal National

21  Mortgage Association, by Seturs Inc., ("**Adequate Protection Order**").  A true and correct

22  copy of the Adequate Protection Order is attached hereto as **Exhibit "A"**.

23  5.  In addition to regular monthly payments, Debtors shall also tender payments to

24  Creditor in the sum of $295.68, commencing November 15, 2015, and continuing through

25  and including April 15, 2016, when all post-petition arrears due and owing under the Note, in

26  the current sum of $1,774.08, are paid in full.

27  6.  The Debtors defaulted under their obligations under the Adequate Protection Order by

28

2

failing to remit the May 1, 2017 regular post-petition monthly mortgage payment and all subsequent payments.

7. Creditor caused to be served a notice of default ("**Notice**") identifying the default(s) referenced in paragraph eight (8) above, on the Debtors and Debtors' Counsel on January 23, 2018. A true and correct copy of the Notice is attached hereto as **Exhibit "B"**.

8. Debtors filed opposition to Credtior's Order and Declaration re Default on July 20, 2018.

9. Debtors failed to cure the defaults identified in the Notice with in the cure period established by the Adequate Protection Order.

10. Attached hereto is Creditor's most up to date payment history attached hereto as **Exhibit "C"**.

11. I have reviewed the proof of payment provided by Debtor and have confirmed that the following payments are all reflected on Creditor's payment history:

| Date of Transaction | Date Applied on Payment History |
| --- | --- |
| 02/28/2017 ACH Payment | Applied on February 27, 2018 to payment due Augsut 1, 2016 |
| 04/29/2016 ACH Payment | Applied to the payment due February 1, 2016 |
| 05/30/2017 ACH Payment | Applied to payment due September 1, 2016. |
| 07/12/2016 ACH Payment | Applied to payment due September 1, 2015 |
| August 9, 2016 ACH Payment | Applied to payment due May 1, 2016 |
| October 5, 2016 ACH Payment | Applied to payment due June 1, 2016 |
| December 21, 2016 ACH Payment | Applied to payment due July 1, 2016 |
| | |

**DECLARATION RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY**

| | |
|---|---|
| Check No.: 2164 dated February 15, 2018 | Applied to payment due February 1, 2017 |
| Check No.: 2151 dated August 29, 2017 | Applied to the payment due October 1, 2016 |
| Check No.: 2152 dated September 4, 2017 | Applied to the payment due November 1, 2016 |
| Check No.: 2157 dated November 10, 2017 | Applied to the payment due December 1, 2016 |
| Check No.: 2160 dated December 17, 2017 | Applied to the payment due January 1, 2017 |

12. Each payment received by the Debtors has been applied and is visible on the payment history provided by Creditor and the application is detailed above.

13. All funds applied to the suspense account were thereafter applied to payments due as demonstrated in the detailed payment history.

14. Debtor did not tender a payment every month that a payment came due and therefore is not current post-petition.

15. Debtor has not offered proof of any payments that are not properly allocated above.

16. Debtor is due for the May 1, 2017 post-petition monthly mortgage payment and all payments due thereafter.

17. Creditor did not indicate that Debtor did not make any payments in the last three (3) years. Creditor communicated that Debtor was behind on his payments and therefore payments received were applied to the payment due at the time, not the payment that would have been due had Debtor remained current on Debtor's monthly mortgage obligations. Therefore, for example a payment received from Debtor in November of 2017 was applied to the payment currently due, the payment due December 1, 2016. Each payment application is laid out clearly on Creditor's post-petition payment history attached hereto.

18. In light of the foregoing, under the terms of the Adequate Protection Order, Creditor

4

1    is entitled to relief from the automatic stay. Creditor is lodged a proposed form of order

2    granting Credito relief from the Automatic Stay.

3        I declare under penalty of perjury under the laws of the United States of America that

4    the foregoing is true and correct and executed this 30th day of August, 2018 at Dallas, Texas.

5

6

7                          Declarant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY**

# EXHIBIT "A"

**CSD 1159A** [11/15/04]

Name, Address, Telephone No. & I.D. No.

Megan E. Lees        CA SBN   277805
Aldridge Pite, LLP
4375 Jutland Drive Suite 200
P.O. Box 17933
San Diego, CA 92117-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Order Entered on
November 2, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
PETER LOBDELL PHILP, II AND DAWN MARIE PHILP

                 Debtor.

BANKRUPTCY NO. 15-01149-LT13

Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer

                 Movant(s)

RS NO. AP-1

PETER LOBDELL PHILP, II AND DAWN MARIE PHILP

Thomas H. Billingslea        Chapter 13

                 Respondent(s)

Date of Hearing: November 17, 2015
Time of Hearing: 2:00 P.M.
Name of Judge: Honorable Laura S. Taylor

## ORDER ON
## STIPULATION GRANTING ADEQUATE PROTECTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __3__ pages, is granted. Motion/Application Docket Entry No. __43/97__

//

//

//

//

DATED:    November 2, 2015

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Aldridge Pite, LLP
(Firm name)

Judge, United States Bankruptcy Court

By: /s/    Megan E. Lees

Attorney for ☑ Movant ☐ Respondent

CSD 1159A

**CSD 1159A** [11/15/04] **(Page 2)**
ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION
DEBTOR: PETER LOBDELL PHILP, II AND DAWN MARIE PHILP

CASE NO: 15-01149-LT13
RS NO.: AP-1

The Court, having considered the Stipulation of the parties, David A. Pomeranz, Attorney for Debtors and Movant, and good cause appearing, the Stipulation Granting Adequate Protection as to the subject property located at 1012 W Rainbow Blvd., Big Bear City, California 92314 is adopted as the Order of the Court.

IT IS HEREBY ORDERED:

1. Debtors shall tender regular monthly payments in the amount of $848.08 to Movant, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing November 1, 2015, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:
10/1/2015 - 1 payment @ $848.08 = $848.08
Attorneys' Fees and Costs = $926.00
Total Arrears = $1,774.08

3. In addition to regular monthly payments, Debtors shall also tender payments to Movant in the sum of $295.68, commencing November 15, 2015, and continuing through and including April 15, 2016, when all post-petition arrears due and owing under the Note, in the current sum of $1,774.08, are paid in full. Payments are to be remitted to Seterus, Inc., P.O. Box 54420, Los Angeles, CA 90017.

4. The parties agree that Movant's disclosure of its reasonable attorneys' fees and costs in paragraph 2 herein satisfies the notice requirements of subsection (c) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure as of the date of this stipulation.

5. The parties agree that the requirements to tender additional payments pursuant to paragraph 3 herein does not constitute a payment change within the meaning of subsection (b) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

6. If applicable, Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance to Movant on a timely basis.

7. Debtors shall comply with the terms and conditions of their Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

8. In the event of any future default on any of the above described provisions, inclusive of this Order, Movant shall provide written notice to Debtors, Peter Lobdell Philp, II and Dawn Marie Philp, at 1623 Dewitt Estates Road, Alpine, CA 91901 and, to Debtors' attorney of record, David A. Pomeranz, Law Offices of David A. Pomeranz, at 270 East Douglas Avenue, East County Business Center, El Cajon, CA 92020-4514, indicating the nature of the default. If Debtors fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant, after giving seventy-two (72) hours' telephonic notice to Debtors' counsel, may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

9. Movant shall comply with the above provisions as to the first three (3) defaults. Upon the fourth (4th) default, under the above-described provisions, then Movant may file an Ex Parte Declaration of Default and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

10. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

11. In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

12. In the event this case is converted to a Chapter 7 proceeding, the Automatic Stay shall be terminated as to the Debtors only without further notice, order, or proceedings of the court and the Motion can be restored on 7-days notice as to the Chapter 7 Trustee. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtors. This provision shall only apply to the Movant and not to any other party in the instant bankruptcy proceeding.

13. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Thomas H. Billingslea.

14. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

15. Upon the Court's entry of the Order approving the Stipulation Granting Adequate Protection, any hearing scheduled shall be taken off the Court's calendar.

16. This stipulation is not intended to impose any additional duties on the Chapter 13 Trustee. The Trustee is not under any duty to respond to any notices pursuant to this stipulation and it shall be the Debtors' burden to establish timely compliance with any payment terms in the stipulation. Trustee's records do not necessarily indicate the date of receipt of the payment and therefore such records are not to be relied upon for that purpose. If a hearing is requested pursuant to this stipulation, such hearing shall be calendared for and occur on the Chapter 13 Trustee's regular law and motion calendar.

Signed by Judge Laura Stuart Taylor November 2, 2015

# Exhibit "A"

East 1/2 of Lot 4, Block 9 of Tract 1788, Big Bear Estates Unit #1, as per map recorded in Book 26, Page 2, of Maps, records of San Bernardino County, California.

# EXHIBIT "B"



<u>*Via U.S. Mail*</u>                          <u>*Via U.S. Mail and Electronic Mail*</u>
*Peter Lobdell Philip II*                   Mr. David A. Pomeranz
*Dawn Marie Philip*                         270 East Douglas Avenue
*1623 Dewitt Estates Road*                  East County Business Center
*Alpine, CA 91901*                          El Cajon, CA 92020
                                            Email: dpomeranz@gmail.com


Re:       *Mr. Peter Lobdell Philip II and Ms. Dawn Marie Philip  (hereinafter the "**Debtors**");
          Breach under Stipulation Granting Adequate Protection ("Stipulation"); Loan No.:
                   (the "**Loan**"); 1012 W Rainbow Blvd., Big Bear City, CA, 92314;
          ("Property")*

Dear Mr. Philip, Ms. Philip and Mr.Pomeranz:

We represent PRPM 2017-2,  ("**Creditor**").   The purpose of this letter is to notify you of a
default under the terms of the Order entered on November 2, 2015 in the Southern District of
California Bankruptcy Case No.: 15-01149-LT13 (the "**Stipulation**").  A copy of the Stipulation
is enclosed herewith for your reference.

Pursuant to the terms of the Stipulation, the Debtor is required to tender regular monthly
payments, subject to change pursuant to the terms of the underlying Note, commencing
November 1, 2015 and continuing the 1st day of each subsequent month to Creditor.  The Debtor
was also ordered to tender stipulation payments to Creditor in the amount of $295.68.

Our client has informed us that as of today, Debtor has defaulted under the terms of the
Stipulation by failing to submit the monthly mortgage payment to Creditor for the months of
May 1, 2016 through January 1, 2018 in the amount of $840.51 each.

The default is calculated as follows:

| | | | |
|---|---|---|---|
| 21 monthly mortgage payments | @ $840.51 | = | $17,650.71 |
| Attorney Fees and Costs | @ $150.00 | = | $150.00 |
| **Total Default:** | | | **$17,800.71** |

*Peter Lobdell Philip II*
*Dawn Marie Philip*
*1623 Dewitt Estates Road*
*Alpine, CA 91901*

Mr. David A. Pomeranz
270 East Douglas Avenue
East County Business Center
El Cajon, CA 92020
Email: dpomeranz@gmail.com

As set forth in the Order, this letter shall constitute the 10 day written notice required under the terms of the Stipulation. If payment is not received by our client on or before February 5, 2018, we will lodge an order seeking to have the automatic stay lifted.

If you have any questions, please call the undersigned.

Best Regards,

THE LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Jennifer R. Bergh

Jennifer R. Bergh, Esq.

Encls.

# EXHIBIT "C"



## BSI Financial Services

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 3/1/2015 | $610.69 | $237.39 | $848.08 | Filed w/POC |
| 1/1/2016 | $610.69 | $229.82 | $840.51 | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |

### Loan Information

| | |
|---|---|
| Loan # | |
| Borrower | Philp |
| BK Case # | 15-01149 |
| Date Filed | 2/27/2015 |
| First Post Petition | |
| Due Date | 3/1/2015 |
| POC Covers | 2/1/15-2/1/15 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Arrears Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/2015 | $900.00 | 3/1/2015 | 2/1/2015 | $848.08 | $51.92 | $51.92 | | $51.92 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 9/14/2015 | $900.00 | 4/1/2015 | 3/1/2015 | $848.08 | $51.92 | $51.92 | | $103.84 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/27/2015 | $900.00 | 5/1/2015 | 4/1/2015 | $848.08 | $51.92 | $51.92 | | $155.76 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| | | APO entered 11/2/15 covering 10/1/15-10/1/15 IAO $1,774.08. 5ti payments due 11/15/15-4/15/16 IAO $295.68. Regular resume 11/1/15. | | | | | | $0.00 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 11/30/2015 | $900.00 | 11/1/2015 | 5/1/2015 | $848.08 | $51.92 | $51.92 | | $51.92 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 1/12/2016 | $850.00 | 12/1/2015 | 6/1/2015 | $848.08 | $1.92 | $1.92 | | $53.84 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 3/4/2016 | $900.00 | 1/1/2016 | 7/1/2015 | $840.51 | $59.49 | $59.49 | | $113.33 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 4/28/2016 | $900.00 | 2/1/2016 | 8/1/2015 | $840.51 | $59.49 | $59.49 | | $172.82 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 7/11/2016 | $900.00 | 3/1/2016 | 9/1/2015 | $840.51 | $59.49 | $59.49 | | $232.31 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 7/12/2016 | $1,005.76 | 4/1/2016 | 10/1/2015 | $840.51 | $165.25 | $165.25 | | $397.56 | | | $155.76 | $0.00 | | | $0.00 | $0.00 | |
| 7/12/2016 | | 11/15/15 APO Payment | | | $0.00 | | | $101.88 | $295.68 | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 8/8/2016 | $900.00 | 5/1/2016 | 11/1/2015 | $840.51 | $59.49 | $59.49 | | $161.37 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 10/4/2016 | $900.00 | 6/1/2016 | 12/1/2015 | $840.51 | $59.49 | $59.49 | | $220.86 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 12/20/2016 | $900.00 | 7/1/2016 | 1/1/2016 | $840.51 | $59.49 | $59.49 | | $280.35 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 2/27/2017 | $900.00 | 8/1/2016 | 2/1/2016 | $840.51 | $59.49 | $59.49 | | $339.84 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 5/26/2017 | $900.00 | 9/1/2016 | 3/1/2016 | $840.51 | $59.49 | $59.49 | | $399.33 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 9/4/2017 | $900.00 | 10/1/2016 | 4/1/2016 | $840.51 | $59.49 | $59.49 | | $458.82 | | | $451.44 | $295.68 | | | $0.00 | $0.00 | |
| 9/4/2017 | | 12/15/16 APO Payment | | $0.00 | | | | $163.14 | $295.68 | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 9/20/2017 | $900.00 | 11/1/2016 | 5/1/2016 | $840.51 | $59.49 | $59.49 | | $222.63 | | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 11/18/2017 | $900.00 | 12/1/2016 | 6/1/2016 | $840.51 | $59.49 | $59.49 | | $282.12 | | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 12/27/2017 | $900.00 | 1/1/2017 | 7/1/2016 | $840.51 | $59.49 | $59.49 | | $341.61 | | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 2/24/2018 | $900.00 | 2/1/2017 | 8/1/2016 | $840.51 | $59.49 | $59.49 | | $401.10 | | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 3/20/2018 | $900.00 | 3/1/2017 | 9/1/2016 | $840.51 | $59.49 | $59.49 | | $460.59 | | | $747.12 | $591.36 | | | $0.00 | $0.00 | |
| 3/20/2018 | | 1/15/16 APO Payment | | | $0.00 | | | $164.91 | $295.68 | | $1,042.80 | $887.04 | | | $0.00 | $0.00 | |
| 4/27/2018 | $900.00 | 4/1/2017 | 10/1/2016 | $840.51 | $59.49 | $59.49 | | $224.40 | | | $1,042.80 | $887.04 | | | $0.00 | $0.00 | |
| 5/22/2018 | $900.00 | 5/1/2017 | 11/1/2016 | $840.51 | $59.49 | $59.49 | | $283.89 | | | $1,042.80 | $887.04 | | | $0.00 | $0.00 | |
| 6/21/2018 | $900.00 | 6/1/2017 | 12/1/2016 | $840.51 | $59.49 | $59.49 | | $343.38 | | | $1,042.80 | $887.04 | | | $0.00 | $0.00 | |
| 7/31/2018 | $900.00 | 7/1/2017 | 1/1/2017 | $840.51 | $59.49 | $59.49 | | $402.87 | | | $1,042.80 | $887.04 | | | $0.00 | $0.00 | |
| 7/31/2018 | | 2/15/16 APO Payment | | | $0.00 | | | $107.19 | $295.68 | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $107.19 | | | $1,338.48 | $1,182.72 | | | $0.00 | $0.00 | |

| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |
| | | | | | $0.00 | | $107.19 | | $1,338.48 | $1,182.72 | | $0.00 | $0.00 | |

1 Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 Kristin A. Zilberstein (SBN 200041)
  Jennifer R. Bergh, Esq. (SBN 305219)
3 LAW OFFICES OF MICHELLE GHIDOTTI
  1920 Old Tustin Ave.
4 Santa Ana, CA 92705
  Ph: (949) 427-2010
5 Fax: (949) 427-2732
6 mghidotti@ghidottilaw.com

7 Attorney for Creditor
  US Bank Trust N.A., as trustee of Bungalow Series F Trust, its successors and
8 assigns

9

10              UNITED STATES BANKRUPTCY COURT

11      SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

12
   In Re:                              )    CASE NO.:  15-01149-LT13
13                                      )
   PETER LOBDELL PHILP, II AND DAWN     )    CHAPTER 13
14 MARIE PHILP,                         )
                                        )    **CERTIFICATE OF SERVICE**
15         Debtors.                     )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20 _____ )

21
22                    <u>**CERTIFICATE OF SERVICE**</u>

23         I am employed in the County of Orange, State of California.  I am over the age of

24 eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,

25 Santa Ana, CA 92705.

26         I am readily familiar with the business's practice for collection and processing of

27

28 correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 30, 2018 I served the following documents described as:

- **SUPPLEMENTAL DECLARATION RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Peter Lobdell Philp, II | Thomas H. Billingslea |
| 1623 Dewitt Estates Road | 401 West A Street, Suite 1680 |
| Alpine, CA 91901 | San Diego, CA 92101 |
| | |
| **Joint Debtor** | **Trustee's Counsel** |
| Dawn Marie Philp | Kathleen A. Cashman-Kramer |
| 1623 Dewitt Estates Road | Thomas Billinsglea, Chapter 13 Trustee |
| Alpine, CA 91901 | 401 West A Street, Suite 1680 |
| | San Diego, CA 92101 |
| **Debtor's Counsel** | |
| David A. Pomeranz | **U.S. Trustee** |
| Law Offices of David A. Pomeranz | United States Trustee |
| 270 East Douglas Avenue | Office of the U.S. Trustee |
| East County Business Center | 880 Front Street |
| El Cajon, CA 92020 | Suite 3230 |
| | San Diego, CA 92101 |
| | |
| | **U.S. Trustee's Counsel** |
| | Kristin Mihelic |
| | DOJ-Ust |
| | 880 Front Street, Suite 3230 |
| | San Diego, CA 92101 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

///

///

CERTIFICATE OF SERVICE

1 _____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the
2 Eastern District of California

3 __xx__ (Federal) I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.
4

5        Executed on August 30, 2018 at Santa Ana, California

6 */s / Jeremy Romero*
Jeremy Romero
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE