TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:     PETER LOBDELL & DAWN MARIE PHILP

Number:     15-01149-LT13

Hearing:    10:00 AM   Thursday, November 8, 2018

Motion:     HEARING SET BY COURT REGARDING SUBMISSION OF ORDERS ON MOTION FOR RELIEF FROM STAY, RS NO. AP-1 (fr 10/02/18)

Hear as to status. This matter was continued to allow the parties to submit a stipulated adequate protection order as set forth on the record. If such an order is submitted and entered prior to the hearing, the matter will be taken off calendar and appearances will be excused. The Court is aware that the Movant has lodged an order that is not an APO. The Court needs additional information at the hearing in this regard.